U.S. BANKRUPTCY COURT
FILED
MAR 21 2000
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED
MAR 21 2000

ALBERT, WEILAND & GOLDEN, LLP
Steven J. Katzman #132755
Jeffrey I. Golden #133040
650 Town Center Drive, Suite 1350
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Attorneys for Petitioning
Creditors, Lee and Deborah Love,
George Christopher Fischer, Mark Fischer,
Eric Dickerson and Duval Love

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. SA 00-12295 JR |
| DFJ ITALIA, LTD., | Chapter 7 Case |
| | ORDER GRANTING EMERGENCY MOTION FOR ORDER APPOINTING INTERIM BANKRUPTCY TRUSTEE PURSUANT TO BANKRUPTCY CODE § 303(g) OR ALTERNATIVELY TO AUTHORIZE THE OFFICE OF THE UNITED STATES TRUSTEE TO TAKE CUSTODY OF BOOKS AND RECORDS |
| Debtors. | DATE: March 21, 2000<br>TIME: 4:00 p.m.<br>CTRM: 5A |

On March 21, 2000 at 4:00 p.m., there came on for hearing the involuntary petitioning creditors' emergency motion for order appointing interim trustee pursuant to Bankruptcy Code § 303(g) or alternatively, to authorize the Office of the United States Trustee to take custody of books and records. Based upon the oral findings made on the record and pleadings filed, oral argument and good cause, the Court further finds that:

WPJIG2449                                                           1                                                           ORDER

1     (1) Relief under Bankruptcy Code § 303(g) is necessary to
2 preserve and protect property of the estate and to prevent loss of
3 and to the estate;
4     (2) Evidence of pre-petition fraud and misconduct and the
5 existence of a ponzi scheme warrants interim exigent relief; and
6     (3) Good cause for the immediate appointment of an interim
7 chapter 7 trustee exists.
8     Based thereon,
9     **IT IS ORDERED** that an interim chapter 7 bankruptcy trustee
10 shall be appointed forthwith pursuant to Bankruptcy Code § 303(g)
11 with a bond to be posted in the amount of $ _1,000.00_
12 on or before _March 28_____, 2000. On 48 hours notice the
13 Debtor may petition the Court for an increase in the bond amount.

14 DATED:
15     MAR 21 2000            THE HONORABLE JOHN E. RYAN
                                      United States Bankruptcy Judge

**NOTE TO THE USERS OF THIS FORM:**
Physically attach this form as the last page of the proposed Order or Judgment
Do not file this form as a separate document.

| In re         (Short Title) | Chapter  7  Case No.: |
|---|---|
| DFJ ITALIA, LTD., | SA 00-12295 JR |
| Debtor. | |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1, that a judgment or order entitled (specify):

ORDER GRANTING EMERGENCY MOTION FOR ORDER APPOINTING INTERIM BANKRUPTCY TRUSTEE PURSUANT TO BANKRUPTCY CODE § 303(g) OR ALTERNATIVELY TO AUTHORIZE THE OFFICE OF THE LUNITED STATES TRUSTEE TO TAKE CUSTODY OF BOOKS AND RECORDS

was entered on (specify date):   MAR 21 2000

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

MAR 22 2000

DATED:  MAR 22 2000

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
       Deputy Clerk

This form is optional. It has been approved for use by the U.S. Bankruptcy Court for the Central District of California
Rev. 5/98
110

**SERVICE LIST**

Arthur N. Marquis, Esq.
United States Trustee's Office
Ronald Reagan Federal Bldg.
411 W. 4th Street, Suite 9041
Santa Ana, CA 92701-8000

DFJ Italia, Ltd.
18881 Von Karman Avenue
Suite 220
Irvine, CA 92612
**Debtor**

John Reardon
Registered Agent
DFJ Italia, Ltd.
18881 Von Karman Avenue
Suite 220
Irvine, CA 92612

Steven J. Katzman, Esq.
Jeffrey I. Golden, Esq.
650 Town Center Drive, Suite 1350
Costa Mesa, CA 92626
**Attys. for Petitioning Creditors**