# Exhibit 6

FORM B10 (Official Form 10) (Rev. 4/98)

Case 8:00-bk-12295-RK    Doc 487-2    Filed 05/27/09    Entered 05/27/09 10:55:25    Desc
Exhibit Exhibit B-9 - Part 9 of 59    Page 2 of 59

| UNITED STATES BANKRUPTCY COURT    CENTRAL    DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>DFJ ITALIA, LTD. | Case Number<br>SA 00-12295 JR |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Colleen M Evans & Daniel S. Evans II

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

3063 7TH STREET
BOULDER, CO 80304

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Telephone number: 303-413-8075

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

1000658

Check here if this claim ☐ replaces ☐ amends    a previously filed claim, dated: _____

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  INVESTMENT

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
- ☐ Wages, salaries, and compensations (Fill out below)
  - Your SS #: ___ - __ - ___
  - Unpaid compensation for services performed
  - from _____ (date)  to _____ (date)

**2. Date debt was incurred:** 7-1-99

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 13,824.04 PLUS interest @ 24% per Annum

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.  PLUS $10,000 For ONRadio.COM

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:

- ☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
- ☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

\* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
11-29-00

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT 6    PAGE 75

COURT COPY

**Supplemental Information Request**

If you hold a claim against the Debtor as of March 20, 2000, you must fill out the attached Proof of Claim form in order for the Trustee to recognize your claim. The following supplemental information request does not replace the Proof of Claim form. The following information is being requested by the Trustee to supplement the Debtor's records and bank documentation. This information will assist the Trustee in the evaluation of the accuracy and completeness of the Debtor's records and in the processing of claims. If you did not invest in investment programs of the Debtor, you do not need to complete this form.

ACCOUNT HOLDER NAME   _Colleen M Evans / Daniel S Evans II_

| | Investment 1 | Investment 2 | Investment 3 | Investment 4 | Investment 5 |
|---|---|---|---|---|---|

## INVESTMENT OR LOANS

| | Investment 1 | Investment 2 | Investment 3 | Investment 4 | Investment 5 |
|---|---|---|---|---|---|
| 1 Amount Invested | $ 13,824.09 | $ 10,000 | $ | $ | $ |
| 2 Date Invested | 7-1-99 | 9-28-99 | | | |
| 3 Investment form (cash, check, wire, etc) | CHECK | CHECK | | | |
| 4 Payee - Who was check payable to? | DFJ | KK ANTIQUES | | | |
| 5 Source of Funds (IRA, Pension, 401K, etc) | IRA | PERSONAL Acc | | | |
| 6 Principal repaid | -0- | -0- | | | |
| 7 Investment Program (Finivest, Diamond, etc) | FINIVEST | ONRADIO.COM | | | |

## DIVIDENDS and/or INTEREST

_The Following pertains to Finivest_

Total Dividends or Interest received     $ -0-

How were the Dividends or Interest payments made?   (check, cash, wire)    N/A

Frequency of Dividends or Interest payments (monthly, qtrly, etc)    N/A

Were Dividends or Interest payments added to your principal rather than paid?    YES (Since 7-1-99)

## OTHER

DFJ sales representative     CHAD LUND

What rate of Interest or return was promised?    24 %

Did you receive DFJ Account Ledgers or statements?    (YES)    NO

## SUPPORTING DOCUMENTS

EXHIBIT   6    PAGE 76

Please attach copies of supporting documents, such as loan agreements, account ledger statements, correspondence, etc.
Do not send originals. If you have previously sent your supporting documents to the Trustee, please disregard.

I did This.

STATE TEACHERS' RETIREMENT SYSTEM
P.O. BOX 15275
SACRAMENTO, CA  95851-0275

TOLL FREE - 1-800-228-5453
OR - (916) 229-3870
TDD - HEARING IMPAIRED -
(916) 229-3541

JUNE  11, 1999

COLLEEN M. EVANS
3063 7TH ST
BOULDER  CO

80304

RE:
ACCOUNT SSN:        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
MEMBERSHIP DATE:   09/10/1990
BIRTH DATE:         01/20/1966
REQUEST DATE:       06/11/1999

STATEMENT OF ACCOUNT

THE FOLLOWING IS A STATEMENT OF THE TOTAL SERVICE CREDIT, CONTRIBUTIONS
AND INTEREST POSTED TO THE ACCOUNT AS OF THE REQUEST DATE. DATA FOR THE
MOST RECENT SERVICE MAY NOT BE INCLUDED DUE TO THE TIME REQUIRED TO
RECEIVE AND PROCESS EMPLOYER REPORTS. INTEREST IS CURRENTLY CREDITED ON
CONTRIBUTIONS AT A RATE OF 06.000% PER ANNUM.

| DATE | SERVICE CREDIT | MEMBER PAID CONTRIBUTIONS | INTEREST | TAX DEFERRED CONTRIBUTIONS | INTEREST |
|---|---|---|---|---|---|
| 06/30/1998 | 4.362 | $   0.00 | $   0.00 | $  9,612.88 | $  3,428.71 |
|  |  |  | 0.00 |  | 740.63 |
| 00/00  00/00 | 0.000 | 0.00 |  | 0.00 |  |
| 06/11/1999 | 4.362 | 0.00 | 0.00 | 9,612.88 | 4,169.34 |

ACCUM CONTRIBUTIONS AND INTEREST:        $    0.00              $ 13,782.22

TOTAL CONTRIBUTIONS AND INTEREST:                  $ 13,782.22

THIS STATEMENT REFLECTS INFORMATION REPORTED BY YOUR EMPLOYER. IT IS
NOT A CERTIFICATION THAT THE SERVICE CREDIT IS CORRECT, NOR THAT THE
PROPER RETIREMENT CONTRIBUTIONS HAVE BEEN PAID. PLEASE CONTACT YOUR
EMPLOYER IF THE INFORMATION ON THIS STATEMENT DOES NOT AGREE WITH
YOUR RECORDS.

MEMBER SERVICES DIVISION

PS1446

EXHIBIT____6____ PAGE 77

**Evans & Associates**

# Memo

| | |
|---|---|
| **To:** | Tom Casey |
| **From:** | Steve Evans (Daniel S. Evans II) |
| | Colleen Evans |
| **CC:** | File |
| **Date:** | 3/27/00 |
| **Re:** | Finivest Fund/DFJ, Italia |

---

I would like to make you aware that my wife and I are investors in the Finivest Fund which is managed by DFJ, Italia. We made our initial investment into the fund in July of 1999 in the amount of $13, 824.09. The last statement we received from the company, which was in February of this year, showed a balance of $15, 879.53 and we were due to receive our latest statement this week, which would have showed a balance of **$16,179.11** in our account.

We are aware of the investigation into this fund and its management, but lack information as to the extent of the investigation or any results thus far. We would like to be kept informed and are hopeful that we will be able to recover our initial investment as well as interest due to date.

As trustee appointed by the court, we would appreciate your help with this matter. Thank you, in advance, for your help. For your convenience, I have enclosed copies of my Investment Agreement as well as the February 2000 statement.

Warm Regards,

Steve Evans            Colleen Evans

303-413-8075

1

EXHIBIT____6____ PAGE __78__

**STATE OF CALIFORNIA** 18-148718

THE TREASURER OF STATE WILL PAY FROM

| FUND NO. | ID NAME | WARR NO. |
|---|---|---|
| | | 90-1342/1211 |

IDENTIFICATION NO.
566753770

06 29 1999

18148718

| DOLLARS | CENTS |
|---|---|
| $ ***13824 | 09 |

--- TO DFJ
COLLEEN    M EVANS
BF 566753770
18881 VON KARMAN AVE,STE 220
IRVINE CA 92612



KATHLEEN CONNELL
STATE CONTROLLER

⑈121113423⑈ 18148718⑈

DETACH AT DOTTED LINE
KEEP THIS PORTION FOR YOUR RECORDS

18-148718

STATE TEACHERS' RETIREMENT          EVANS         COLLEEN      M
P.O. BOX 15275                      3063 7TH ST
SACRAMENTO, CA 95851-0275           BOULDER  CO
PHONE (916) 229-3870
TOLL FREE 1-800-228-5453                            80304
TDD-DEAF ONLY (916) 229-3541
                                    ACCOUNT-SSN: 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

REFUND OF ACCUMULATED CONTRIBUTIONS - FIRST PHASE
RETAIN THIS LETTER FOR YOUR RECORDS.

   TRUSTEE-TO-TRUSTEE TRANSFER AMOUNT               $13824.09

THIS REFUND WAS PROCESSED ON 06/23/1999.

EXHIBIT____6____PAGE 79

| | | |
|---|---|---|
| **Account Number** 10000658 | **SSN/Tax ID** | **Statement Date:** 07/03/99 |
| | | Page 1 |

**Account Holder**   Evans, Colleen M.

**Address**   3063 7th St.
Boulder, CO 80304
US

**Phone**   0-

**Account Type** Finivest
**Account Rep**   Chad Lund

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-24459 | 07/01/99 | . | Initial Deposit | | 13,824.09 |
| | | | **Total Activity** | **0.00** | **13,824.09** |

**Ending Balance**
**$13,824.09**

EXHIBIT __6__ PAGE __80__

# D⫶FJ *Inc.*

| | | |
|---|---|---|
| **Account Num** 10000658 | **SSN/Tax ID** | **02/17/00** |
| | | **Page** 1 |
| **Account Address** | Evans, Colleen M.<br>3063 7th St.<br>Boulder, CO 80304<br>US | **Statement Period:**<br>**From** 01/16/00<br>**Thru** 02/15/00 |
| **Phone** ()- | **Account Type** 001<br>**Account Rep** 004 | **Beginning Balance**<br>$15,568.16 |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-3292 | 02/15/00 | 001 | Dividend Earnings | | 311.36 |
| | | | **Total Activity** | **0.00** | **311.36** |

**Ending Balance**
**$15,879.52**

EXHIBIT ___6___  PAGE _81_

DFJ • 18881 Von Karman Avenue • Suite 220 • Irvine, CA 92612-1574 • (949) 955-2490 • Fax (949) 955-2497

**Evans & Associates**

# Memo

| | |
|---|---|
| **To:** | Katherine Gough |
| | Gough, Squar, Milner, Reehl & Williamson |
| **From:** | Steve Evans |
| **CC:** | File |
| **Date:** | 4/27/00 |
| **Re:** | DFJ, Italia |

Ms. Gough:

I saw on Thomas Casey's website that we were to send information to you regarding our investment in the Finivest Fund. I called Janet Hogan because I already had sent some information directly to Tom Casey on March 27, 2000. Although she mentioned that you were working directly with Tom's office on this matter, I have sent duplicate copies of the material I sent to Tom, as well as copies of additional information, namely a copy of the check to DFJ ( please note that this account was a transfer of my wife's IRA from California State Teachers Retirement to DFJ, so I do not have a copy of an endorsed check), a copy of the STRS Refund Distribution Agreement and a copy of an account ledger dated July 3, 1999 showing our deposit of $13, 824.09. This is additional material to what I sent to Mr. Casey, also enclosed herewith.

Chad Lund of DFJ was our account representative. Our contact information is as follows:

Daniel S. Evans II (Steve) and Colleen Evans

3063 7th Street

Boulder, CO  80304

303-413-8075

Thank you for your assistance to this matter. One further question; is my $10,000 investment in the pre-IPO for Onradio.com affected by this scam?

Steve Evans

1

EXHIBIT ___6___ PAGE _82_

# *Finivest Bridge Funding*
## *Investment/Loan Agreement*

DFJ, the "Managing Director" hereinafter referred to as "MD," of the Finivest Bridge Fund, and
_Colleen M Evans_____, the "Bridge Associate," hereinafter referred to as "BA," agree:

That "MD" solely owns and controls one hundred percent of all outstanding shares in the Finivest Bridge
Fund; and

That "BA" acknowledges and ratifies that he/she, by way of its investment, holds no shares, stocks,
partnership shares (general or limited) in neither DFJ, Finivest, LTD, Finivest Bridge Fund, nor any of
their subsidiaries.

ALSO, the "BA" shall have no right at any time to audit the books and records of the "MD," its
subsidiaries, holding, officers and employees; nor shall the "BA," his/her agent(s), representative(s) have
any voice in the day-to-day operations of either Finivest Bridge Fund, or the "MD."

_Colleen M. Evans_____ 's Sole Relationship to the FUND and the "MD" is best described as a
*Bridge Fund Depositor,* or *Bridge Associate.*

_Colleen M. Evans_____ shall be admitted as a Depositor upon the terms and conditions set forth
herein:

The "BA" shall place on deposit with the Managing Director, DFJ, the sum of _13,824.09_ $US for a
period of eighteen months, during which the "BA" agrees not to withdraw any portion of the principle.
Upon completion of the initial term of the investment/loan agreement, it shall be automatically renewed at
a guaranteed 24% annual interest rate for another eighteen-month period unless the "BA" notifies the
"MD" in writing that he/she desires to terminate his/her investment/loan agreement.

Except for the initial eighteen-month period, the "BA" may choose to terminate, in writing, his/her
contract at any time for any reason. Upon receipt of written notifications of termination of his/her
investment/loan agreement, the "MD" shall deliver to the "BA" his/her principle deposit plus accrued
interest within 14 days of said notice.

If the "BA" chooses to terminate the contract prior to the initial 18 month agreement, the "MD" shall
deliver the principle investment minus all interest paid to "BA" within 14 days of said notice.

Upon Death, incapacity, or legal disability of the "BA," the "MD" shall contact said beneficiary and offer
the option of returning said principle and accrued interest within 14 days or leaving said contract in place
and allow the beneficiary to assume said contract and receive all interest payments from that day forward.

The "MD" shall pay a guaranteed annual interest rate of 24% on the principal deposit.

Interest payments on the principal deposit shall be paid monthly at the rate of 2% per month based on the
initial investment deposit amount in $US.

The "BA" understands that Finivest Bridge Fund is a DFJ offshore investment vehicle and is not
responsible to report to the United States Government any earnings, dividends or interest payments made
to its Investment/Loan Depositors (BA).

EXHIBIT __6__ PAGE __83__

It is the Depositors responsibility to report all earnings to the United States Government and pay the appropriate taxes.

The "BA" agrees to indemnify and hold harmless the Finivest Bridge Fund, DFJ, its subsidiaries, holding, officers and employees in the event of any legal action taken by the United States Government and its agencies for nonpayment of taxes. Finivest Bridge Fund Bank is backed and guaranteed by DFJ Italia, LTD.

I would like my monthly interest payments in the form of (select one):

- ☐ Check
- ☐ Wire Transfer into my personal account
- ☐ Direct deposit to offshore account
- ☒ Roll Over

**Make checks payable to DFJ**

Depositor name and address:

| Name | Colleen M Evans |
|---|---|
| Street Address | 2063 7TH St |
| City/State/Zip code | Boulder, CO 80304 |
| Telephone | 303-413-8070 |
| E-Mail/Fax | 303-413-8074 |

DOB: 1-20-66  Soc. Sec. # 566 - 75 - 3770  Drivers Lic. # 95-303-0949

Beneficiary name and address:

| Name | Daniel S. Evans II |
|---|---|
| Street Address | |
| City/State/Zip code | |
| Telephone | SAME |
| E-Mail/Fax | |

DOB: 6-6-65  Soc. Sec. # 533 - 84 - 3950  Drivers Lic. # 95-303-0945

DFJ Representative:

| Name | Chad D. Lund |
|---|---|
| Street Address | 18881 Von Karman Ave. Suite 220 |
| City/State/Zip code | Irvine, CA. 92612 |
| Telephone | 949-955-2490 x 234 |
| E-Mail/Fax | 949-955-2497 |

Agreed to and signed this day:

Representative:

Signature of Depositor

Chad D. Lund
18881 Von Karman Ave. Suite 220
Irvine, CA. 92612
949-955-2490 Ext. 234

EXHIBIT  6  PAGE 84

STATE OF CALIFORNIA
DEWALD (maiden v)
STRS Case No. 00-bk-12295-RK   Doc 457-2   Filed 05/27/09   Entered 05/27/09 10:55:25   Desc
Exhibit Exhibit 6-9   Page 12 of 59
RF 1360 (REV 06/95)
REFUND APPLICATION

P. O. BOX 15275 SACRAMENTO CA 95851-0275
TOLL FREE  1-800-228-5453
(916) 229-3870
TDD hearing impaired (916) 229-3541

**PLEASE READ THE INSTRUCTIONS BEFORE COMPLETING THIS APPLICATION.
A DELAY IN PROCESSING MAY OCCUR IF ALL REQUESTED INFORMATION IS
NOT PROVIDED. (IN ORDER TO RECEIVE YOUR REFUND YOU MUST HAVE
TERMINATED EMPLOYMENT.)**

| STRS USE ONLY |
|---|
| |
| DATE OF RECEIPT |

Social Security Number: 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

Name (last): EVANS   (first): COLLEEN   (initial): M

Birthdate (mo/day/yr): 1 / 20 / 66

Mailing Address (number): 3063   (street): 7TH STREET   (apt. #):

Telephone Number (Daytime): 303 413-8070

(city): BOULDER, CO   (state): 80304   (zip code):

## County of Employment

List the county in which you were last employed and your last day of employment. If you were employed by more than one county, you must submit a separate refund application certified by each County Superintendent.

| County of Employment | Last Day of Employment | County of Employment | Last Day of Employment |
|---|---|---|---|
| ORANGE COUNTY | June 15, 1995 | | |

## Refund Distribution

I have read the Notification of Income Tax Withholding (MS-1357) that was included in the Refund Application packet and have received the 30 day notification. The 30 day notification period has either been met, or I have waived the notification period and hereby apply for a refund.

I have selected **ONE** of the following three distribution choices for my refund from the State Teachers' Retirement System.

*Place "X" next to one of the three distribution methods below:*

**I.** ☐ I elect to have my refund mailed directly to me at the address listed above.

I understand that 20 % Federal income tax will be withheld from the taxable portion of this distribution and 6 % California State income tax will be withheld unless I specify NO State income tax is to be withheld.

Federal Income Tax ☒ YES      CA State Income Tax ☐ YES  ☐ NO

**OR**

**II.** ☒ I elect a COMPLETE TRANSFER of all the contributions and interest which are eligible for a direct trustee-to-trustee transfer to the qualified trust plan listed below.

☐ IRA      ☒ OTHER QUALIFIED PLAN

Name of the Financial Institution: DFJ      Account Number: BF 56 75-3770

Institution Address (number): 18881 VON KARMAN AVE, SUITE 220   (street)   (city)   (state): CALIFORNIA   (zip code): 9249?

Signature of Institution Representative: [signature]      Date: 6-18-99

I understand that this refund distribution is exempt from Federal and State income tax withholding.

Federal Income Tax ☒ NO      State Income Tax ☒ NO

(Turn to next page

EXHIBIT 6   PAGE 85

**II.** ☐ I elect a PARTIAL TRANSFER of the contributions and interest which are eligible for a direct trustee-to-trustee transfer to the qualified trust plan listed below.

☐ IRA                    ☐ OTHER QUALIFIED PLAN

| Amount to Transfer | **OR** | Percentage to Transfer (Indicate 1 - 99 %) |
|---|---|---|

| Name of Financial Institution | Account Number |
|---|---|

| Institution Address | (number) | (street) | (city) | (state) | (zip code) |
|---|---|---|---|---|---|

| Signature of Institution Representative | Date |
|---|---|

I understand that Federal and State income tax will not be withheld from the portion of the refund that is transferred, but the remaining balance that I receive directly will be subject to 20% Federal withholding and 6 % CA State income tax will be withheld unless I specify NO State income tax is to be withheld.

**Direct Receipt**                 **Transferred**

Federal Income Tax    ☒ YES          Federal Income Tax          ☒ NO

CA State Income Tax   ☐ YES  ☐ NO    CA  State Income Tax        ☒ NO

---

☐ I am not married (i.e. single, divorced, or widowed).    ☐ I have attached a completed "Justification of Non-Signature of Spouse" (MS-1125 A)

SPOUSE'S SIGNATURE  *Frank Hwam*          DATE (mo/day/yr)  6 / 15 / 99

I hereby apply for a refund of my account in the State Teachers' Retirement System. I fully understand that the mailing of my initial refund check terminates all existing service credit and all rights and benefits to which I was entitled prior thereto. Further, I certify under penalty of perjury under the laws of the State of California, that be information submitted here is full, complete and true according to the best of my knowledge, and that no material facts have been omitted, and that the spousal signature is in fact the true signature of my spouse; or if no spousal signature appears, that I have completed and submitted the "Justification of Non-Signature of Spouse" (MS-125 A), or I am not married and have checked the box above.  I understand that perjury is punishable by imprisonment in the State Prison for up to four years. Penal Code section 126.

APPLICANT'S SIGNATURE  *Colleen Evans*          DATE (mo/day/yr)  6 / 15 / 99

NOTE:  Photocopied signatures are unacceptable.

---

## Certification by Superintendent of Schools
(This section must be completed by your employer if you were employed within the last 12 months.)

An employee must terminate employment before applying for a refund. I hereby certify that the individual named below has completely terminated **all** employment with this county or independent district.

| Social Security Number | Employee Name (last) | (first) | (initial) |
|---|---|---|---|
| | | | |

| Termination Date (mo/day/yr) / / | Employer Code | Unit Code | DATE (mo/day/yr) / / |
|---|---|---|---|
| SIGNATURE OF SCHOOL OFFICIAL | | Official Title | |

EXHIBIT   6   PAGE  86

# DFJ *Italia, Ltd.*

| | | |
|---|---|---|
| **Account Num** 10000658 | **SSN/Tax ID** | **07/17/99** |
| | | **Page**    **1** |
| **Account Address** | Evans, Colleen M.<br>3063 7th St.<br>Boulder, CO 80304<br>US | **Statement Period:**<br>**From** 06/16/99<br>**Thru** 07/15/99 |
| | **Account Type** 001 | **Beginning Balance** |
| **Phone**   ()- | **Account Rep**   004 | **$0.00** |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2445 | 07/01/99 | * | Initial Deposit | | 13,824.09 |
| | | | **Total Activity** | **0.00** | **13,824.09** |

**Ending Balance**
**$13,824.09**

EXHIBIT___6___ PAGE 87

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

STATE OF CALIFORNIA                                                    Gray Davis, Governor

**STRS**

STATE TEACHERS' RETIREMENT SYSTEM
P.O. BOX 15275
SACRAMENTO, CA 95851-0275

Toll Free - 1-800-228-5453
or - (916) 229-3870
Hearing Impaired (916) 229-3541
Teletalk 1-800-222-8844



COLLEEN EVANS
3063 7TH ST
BOULDER  CO

                        80304

                                    SSN:  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
**REFUND PROCESS NOTIFICATION**              DATE:  June 23, 1999
RF 0452 (New 10/95)

**Refund Status**        Your refund application has been received and processed.  The funds
**And Process**          in your account will be  mailed within  approximately fourteen days.
                         If you have recent  employment,  some of your  contributions may not
                         yet be reported to the  California State Teachers' Retirement System
                         (STRS).   In that case,  a  second phase refund will be  generated in
                         approximately four months.   Specific details about the distribution
                         of the refund will be provided on the warrant stub, or by a separate
                         letter if the refund is  rolled over via a trustee-to-trustee trans-
                         fer.

**Surrendering All**     The initial distribution of funds will result in the closure of your
**Future Benefits**      account with STRS,  effective with the first phase refund date.  All
                         rights, including  future  benefits from STRS  represented  by  this
                         service, end  with  this  refund.   If you have  vested  retirement
                         rights, either with  STRS or by  concurrent  retirement with another
                         California public retirement system, you are surrendering a lifelong
                         monthly benefit and other potential benefits.

**How to Cancel**        You may cancel this  refund  within 30 days of  mailing by returning
**This Refund**          the gross refund amount to STRS.   If the refund involves a transfer
                         to a trustee,  the  cancellation  process  requires that you instruct
                         the transfer  institution to return the original warrant directly to
                         STRS.  If your refund is  rolled over to a  trustee, you are not
                         permitted by law to directly repay STRS.

**Right to**             If you return to teaching in a  public school in  California or to
**Redeposit**            other  specified public service in  California,  you may  have the
                         right  to  redeposit these funds,  restore service credit,  and
                         establish eligibility for retirement and other benefits.

**Questions**            If you have a  question about this refund, benefits you are waiving,
                         cancellation  processes or how to initiate a redeposit you may write
                         or call STRS  Public  Service at the  address or  telephone  numbers
                         above.


                         Ken Dalpe, Supervisor
                         Benefit Adjustment Unit
                         Service Retirements Division

EXHIBIT  6   PAGE 88

**Exhibit 7**

FORM B10 (Official Form 10) (Rev 4/96)

**PROOF OF CLAIM**

| Name of Debtor | Case Number |
|---|---|
| DFJ ITALIA, LTD. | SA 00-12295 JR |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Mr. & Lawrence
E. Langer

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

3102 Whitecloud Road
Cheyenne Wy 82001-6140

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Telephone number: 307-634-1168

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**00 DEC 26 PM 2:20**

CLERK US BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

_____ DEPUTY

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Acct # 10000357

Check here if this claim ☑ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other Money Invested I E-wired Bridge
Funding Investment/Loan

☐ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
☐ Wages, salaries, and compensations (Fill out below)

Your SS #: ___ - ___ - ___

Unpaid compensation for services performed
from _____ to _____
(date)       (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 11,300.00

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

**6. Unsecured Priority Claim.**

☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 11,300.00

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11-15-2000 | Lawrence E. Langer, Vick Richards |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Supplemental Information Request

If you hold a claim against the Debtor as of March 20, 2000, you must fill out the attached Proof of Claim form in order for the Trustee to recognize your claim. The following supplemental information request does not replace the Proof of Claim form. The following information is being requested by the Trustee to supplement the Debtor's records and bank documentation. This information will assist the Trustee in the evaluation of the accuracy and completeness of the Debtor's records and in the processing of claims. If you did not invest in investment programs of the Debtor, you do not need to complete this form.

**ACCOUNT HOLDER NAME** _Vicki M & Lawrence E. Langen_

| | Investment 1 | Investment 2 | Investment 3 | Investment 4 | Investment 5 |
|---|---|---|---|---|---|

## INVESTMENT OR LOANS

| | | Investment 1 | Investment 2 | Investment 3 | Investment 4 | Investment 5 |
|---|---|---|---|---|---|---|
| 1 | Amount Invested | $ 11,300.00 | $ | $ | $ | $ |
| 2 | Date Invested | 2-23-1999 | | | | |
| 3 | Investment form (cash, check, wire, etc) | transfer Securities | | | | |
| 4 | Payee - Who was check payable to? | DFJ Italia Ltd | | | | |
| 5 | Source of Funds (IRA, Pension, 401K, etc) | IRA | | | | |
| 6 | Principal repaid | 0 | | | | |
| 7 | Investment Program (Finivest, Diamond, etc) | FINIVEST | | | | |

## DIVIDENDS and/or INTEREST

Total Dividends or Interest received                                $ _____

How were the Dividends or Interest payments made?  (check, cash, wire) _____

Frequency of Dividends or Interest payments (monthly, qtrly, etc) _____

Were Dividends or Interest payments added to your principal rather than paid? Yes

## OTHER

DFJ sales representative                                Chad Langer

What rate of Interest or return was promised?          24 % / year

Did you receive DFJ Account Ledgers or statements?    (YES)    NO

## SUPPORTING DOCUMENTS

EXHIBIT __7__ PAGE __90__

Please attach copies of supporting documents, such as loan agreements, account ledger statements, correspondence, etc. Do not send originals. If you have previously sent your supporting documents to the Trustee, please disregard.

# *Finivest Bridge Funding*
# *Investment/Loan Agreement*

DFJ, the "Managing Director" hereinafter referred to as "MD," of the Finivest Bridge Fund, and *Larry E. Langer*, the "Bridge Associate," hereinafter referred to as "BA," agree:

That "MD" solely owns and controls one hundred percent of all outstanding shares in the Finivest Bridge Fund; and

That "BA" acknowledges and ratifies that he/she, by way of its investment, holds no shares, stocks, partnership shares (general or limited) in neither DFJ, Finivest, LTD, Finivest Bridge Fund, nor any of their subsidiaries.

ALSO, the "BA" shall have no right at any time to audit the books and records of the "MD," its subsidiaries, holding, officers and employees; nor shall the "BA," his/her agent(s), representative(s) have any voice in the day-to-day operations of either Finivest Bridge Fund, or the "MD."

*Larry E. Langer* 's Sole Relationship to the FUND and the "MD" is best described as a *Bridge Fund Depositor*, or *Bridge Associate*.

*Larry E. Langer* shall be admitted as a Depositor upon the terms and conditions set forth herein:

The "BA" shall place on deposit with the Managing Director, DFJ, the sum of _____ $US for a period of eighteen months, during which the "BA" agrees not to withdraw any portion of the principle. Upon completion of the initial term of the investment/loan agreement, it shall be automatically renewed at a guaranteed 24% annual interest rate for another eighteen-month period unless the "BA" notifies the "MD" in writing that he/she desires to terminate his/her investment/loan agreement.

Except for the initial eighteen-month period, the "BA" may choose to terminate, in writing, his/her contract at any time for any reason. Upon receipt of written notifications of termination of his/her investment/loan agreement, the "MD" shall deliver to the "BA" his/her principle deposit plus accrued interest within 14 days of said notice.

If the "BA" chooses to terminate the contract prior to the initial 18 month agreement, the "MD" shall deliver the principle investment minus all interest paid to "BA" within 14 days of said notice.

Upon Death, incapacity, or legal disability of the "BA," the "MD" shall contact said beneficiary and offer the option of returning said principle and accrued interest within 14 days or leaving said contract in place and allow the beneficiary to assume said contract and receive all interest payments from that day forward.

The "MD" shall pay a guaranteed annual interest rate of 24% on the principal deposit.

Interest payments on the principal deposit shall be paid monthly at the rate of 2% per month based on the principal investment deposit amount in $US.

.... is not responsible to report to the United States Government any earnings, dividends or interest payments made to its Investment/Loan Depositors (BA).

EXHIBIT _7_    PAGE _91._

It is the Depositors responsibility to report all earnings to the United States Government and pay the appropriate taxes.

The "BA" agrees to indemnify and hold harmless the Finivest Bridge Fund, DFJ, its subsidiaries, holding, officers and employees in the event of any legal action taken by the United States Government and its agencies for nonpayment of taxes. Finivest Bridge Fund Bank is backed and guaranteed by DFJ Italia, LTD.

I would like my monthly interest payments in the form of (select one):

- ☐ Check
- ☐ Wire Transfer into my personal account
- ☐ Direct deposit to offshore account
- ☒ Roll Over

**Make checks payable to DFJ**

Depositor name and address:

| Name | Larry E. Vicki M. Langer |
| Street Address | 3102 Whitecloud Rd |
| City/State/Zip code | Cheyenne Wy 82001-6140 |
| Telephone | 307-634-1168 |
| E-Mail/Fax | larry @ netdomain.com |

DOB: 11/21/47  Soc. Sec. # 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  Drivers Lic. # _____

Beneficiary name and address:

| Name | Vicki M Langer |
| Street Address | 3102 Whitecloud Rd |
| City/State/Zip code | Cheyenne Wy 82001-6140 |
| Telephone | 307 634 1168 |
| E-Mail/Fax | Vicki @ netdomain.com |

DOB: _____  Soc. Sec. # ___-__-____  Drivers Lic. # _____

DFJ Representative:

| Name | Chad M. Langer |
| Street Address | 18881 Von Karman Ave. Suite 220 |
| City/State/Zip code | Irvine, CA. 92612 |
| Telephone | 949-955-2490 x 251 |
| E-Mail/Fax | 949-955-2497 |

Agreed to and signed this day:                    Representative:

_Larry E. Langer_ (signature)

Chad M. Langer
18881 Von Karman Ave. Suite 220
Irvine, CA. 92612
949-955-2490 Ext. 251

EXHIBIT 7 PAGE 92



## REFERENCES

Please feel free to contact the following DFJ Clients,
who have agreed to act as references:

| | |
|---|---|
| Bruce Tamaren, President<br>Global Asset Management<br>San Antonio, Texas | (210) 479-7887 |
| David Cornwell, of Counsel<br>Steinberg & Moorad<br>Newport Beach, California | (949) 720-8700 |
| Richard Dunham, CPA<br>RDA Financial<br>Irvine, California | (949) 474-0211 |
| Dena L. Cooper, Financial Planner<br>Los Angeles, California | (800) 539-6926 |
| Michael Piekarz, Criminal Attorney<br>Sacramento, California | (916) 729-7716 |
| Scott Clarey, Insurance Executive<br>Irvine, California | (949) 263-5000<br>Ext. 13 |

EXHIBIT  7  PAGE 93

January 21, 1999

Prudential

Account # 002/03900336051
Vicki M. Langer
Soc. Sec # 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

To Whom It May Concern,

This is a letter of instruction requesting that you do the following:

    1. **Immediately** liquidate the above plan(s). Please make no attempt at conservation.

    2. Transfer the proceeds from/for the above account to **D.F.J.**

The proceeds are to be used to purchase a " Qualified IRA " contract under my retirement plan.

Please make the check(s) payable to **D.F.J.** The check(s) then should be forwarded to the following:

        D.F.J. Italia
        18881 Von Karman Ave Suite 220
        Irvine, CA 92612

Your prompt attention will be appreciated.

Sincerely,

X *Vicki M Langer*

Vicki M. Langer

EXHIBIT___7___ PAGE 94

January 21, 1999

Prudential

Account # 002/03900336034
Lawrence E. Langer
Soc. Sec # 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

To Whom It May Concern,

This is a letter of instruction requesting that you do the following:

    1. **Immediately** liquidate the above plan(s). Please make no attempt at conservation.

    2. Transfer the proceeds from/for the above account to **D.F.J.**

The proceeds are to be used to purchase a " Qualified IRA " contract under my retirement plan.

Please make the check(s) payable to **D.F.J.** The check(s) then should be forwarded to the following:

        D.F.J. Italia
        18881 Von Karman Ave Suite 220
        Irvine, CA 92612

Your prompt attention will be appreciated.

Sincerely,

*Larry E. Langer*

Larry E. Langer

EXHIBIT 7 PAGE 95

P.O. Box 15000
New Brunswick, NJ 08906-5000

**CLIENT CONFIRMATION**
Your Account Number Is: 03900336034

COUNT OWNER(S):

PRUDENTIAL BANK AND TRUST CO
C/F THE IRA OF
LAWRENCE E LANGER
3102 WHITECLOUD RD
CHEYENNE WY 82001-6140

Page 1 of 1

## We Confirm Your Mutual Fund Activity on 2/16/1999 For The Following:

| Fund Name Fund Class & Fund Number | Description | Transaction Dollars | Share Price | Number of Shares Purchased or Sold | End of Day Shares |
|---|---|---|---|---|---|
| Prudential Utility Fd: Cl B Fd # 0002 | Transfer of Assets-Check | ($5,154.89) | | | |
| | Sales Charge | ($30.55) | | | |
| | Annual Fee | ($12.00) | | | |
| | Closeout Fee | ($10.00) | | | |
| | Total Transaction | ($5,207.44) | $11.10 | (469.139) | 0.000 |

Registered Representative(s): For  Prudential Utility Fd:    Cl B Fd # 0002

CLAYTON GRAY LUTCF (307)635-2744

Prudential Mutual Fund Services LLC strives for quality processing.  Was this transaction executed to your satisfaction?
Please call our toll-free Customer Service number - (800) 225-1852

Please refer to the reverse side for additional information. Retain this copy for your records.

## Additional Investment Form

Please use this form to make an additional investment to your mutual fund account(s).

Please indicate the dollar amount you wish to invest on the line below, next to your fund/class.
List the total amount of your investment and make your check or money order payable to PMFS.

ACCOUNT OWNER(S)

**Please Note:** Additional contributions for the 1998 tax year can be deposited into your
retirement accounts until April 15, 1999. Please indicate the dollar amount in the boxes below.

PRUDENTIAL BANK AND TRUST CO
C/F THE IRA OF
LAWRENCE E LANGER

| Your Retirement Account Holdings | Fund Number | 1998 | 1999 |
|---|---|---|---|
| PRU UTILITY: B | 0002 | $ | $ |

| Fee Amount | Total Investment |
|---|---|
| $ | $ |

Your Account Number is:  03900336034
Your SSN/Tax ID is:  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

EXHIBIT  7  PAGE  96

03900336034900020000000000000000000000004903

P.O. Box 15000
New Brunswick, NJ 08906-5000

**CLIENT CONFIRMATION**

**Your Account Number Is: 03900336051**

COUNT OWNER(S):

PRUDENTIAL BANK AND TRUST CO
C/F THE IRA OF
VICKI M LANGER
3102 WHITE CLOUD RD
CHEYENNE WY 82001-6140

Page 1 of 1

## We Confirm Your Mutual Fund Activity on 2/16/1999 For The Following:

| Fund Name Fund Class & Fund Number | Description | Transaction Dollars | Share Price | Number of Shares Purchased or Sold | End of Day Shares |
|---|---|---|---|---|---|
| Prudential Utility Fd: Cl B Fd # 0002 | Transfer of Assets-Check | ($5,197.05) | | | |
| | Sales Charge | ($30.55) | | | |
| | Annual Fee | ($12.00) | | | |
| | Closeout Fee | ($10.00) | | | |
| | Total Transaction | ($5,249.60) | $11.10 | (472.937) | 0.000 |

**Registered Representative(s): For Prudential Utility Fd:    Cl B Fd # 0002**

CLAYTON GRAY LUTCF (307)635-2744

Prudential Mutual Fund Services LLC strives for quality processing. Was this transaction executed to your satisfaction?
Please call our toll-free Customer Service number – (800) 225-1852

Please refer to the reverse side for additional information. Retain this copy for your records.

✄--------------------------------------------------------------------------------

## Additional Investment Form

**ACCOUNT OWNER(S)**

PRUDENTIAL BANK AND TRUST CO
C/F THE IRA OF
VICKI M LANGER

Please use this form to make an additional investment to your mutual fund account(s).

Please indicate the dollar amount you wish to invest on the line below, next to your fund/class. List the total amount of your investment and make your check or money order payable to PMFS.

**Please Note:** Additional contributions for the 1998 tax year can be deposited into your retirement accounts until April 15, 1999. Please indicate the dollar amount in the boxes below.

| Your Retirement Account Holdings | Fund Number | 1998 | 1999 |
|---|---|---|---|
| PRU UTILITY: B | 0002 | $ | $ |

| Fee Amount | Total Investment |
|---|---|
| $ | $ |

Your Account Number is:  03900336051
Your SSN/Tax ID is:  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

EXHIBIT ___7___ PAGE 97

MAIC10

03900336051B00020000000000000000000000004903

# DFJ  *Italia, Ltd.*

01/23/199

Page        1

( )  -

| Date | Beg Balance | Interest | Deposit | Withdrawal | End Balance |
|------|------------|----------|---------|-----------|-------------|
| | | | | | 11,526.00 |
| 02/23/1999 | 11,300.00 | 226.00 | | | 11,756.52 |
| 03/23/1999 | 11,526.00 | 230.52 | | | 11,991.65 |
| 04/23/1999 | 11,756.52 | 235.13 | | | 12,231.48 |
| 05/23/1999 | 11,991.65 | 239.83 | | | 12,476.11 |
| 06/23/1999 | 12,231.48 | 244.63 | | | 12,725.64 |
| 07/23/1999 | 12,476.11 | 249.52 | | | 12,980.15 |
| 08/23/1999 | 12,725.64 | 254.51 | | | 13,239.75 |
| 09/23/1999 | 12,980.15 | 259.60 | | | 13,504.55 |
| 10/23/1999 | 13,239.75 | 264.80 | | | 13,774.64 |
| 11/23/1999 | 13,504.55 | 270.09 | | | 14,050.13 |
| 12/23/1999 | 13,774.64 | 275.49 | | | 14,331.13 |
| 01/23/2000 | 14,050.13 | 281.00 | | | 14,617.75 |
| 02/23/2000 | 14,331.13 | 286.62 | | | 14,910.11 |
| 03/23/2000 | 14,617.75 | 292.36 | | | 15,208.31 |
| 04/23/2000 | 14,910.11 | 298.20 | | | 15,512.48 |
| 05/23/2000 | 15,208.31 | 304.17 | | | 15,822.73 |
| 06/23/2000 | 15,512.48 | 310.25 | | | 16,139.18 |
| 07/23/2000 | 15,822.73 | 316.45 | | | 16,461.97 |
| 08/23/2000 | 16,139.18 | 322.78 | | | 16,791.21 |
| 09/23/2000 | 16,461.97 | 329.24 | | | 17,127.03 |
| 10/23/2000 | 16,791.21 | 335.82 | | | 17,469.57 |
| 11/23/2000 | 17,127.03 | 342.54 | | | 17,818.96 |
| 12/23/2000 | 17,469.57 | 349.39 | | | 18,175.34 |
| 01/23/2001 | 17,818.96 | 356.38 | | | 18.538.85 |
| 02/23/2001 | 18,175.34 | 363.51 | | | 18,909.62 |
| 03/23/2001 | 18,538.85 | 370.78 | | | 19,287.82 |
| 04/23/2001 | 18,909.62 | 378.19 | | | 19,673.57 |
| 05/23/2001 | 19,287.82 | 385.76 | | | 20,067.05 |
| 06/23/2001 | 19,673.57 | 393.47 | | | 20,468.39 |
| 07/23/2001 | 20,067.05 | 401.34 | | | 20,877.75 |
| 08/23/2001 | 20,468.39 | 409.37 | | | 21,295.31 |
| 09/23/2001 | 20,877.75 | 417.56 | | | 21,721.21 |
| 10/23/2001 | 21,295.31 | 425.91 | | | 22,155.64 |
| 11/23/2001 | 21,721.21 | 434.42 | | | 22,598.75 |
| 12/23/2001 | 22,155.64 | 443.11 | | | 23,050.73 |
| 01/23/2002 | 22,598.75 | 451.98 | | | 23,511.74 |
| 02/23/2002 | 23,050.73 | 461.01 | | | 23,981.98 |
| 03/23/2002 | 23,511.74 | 470.23 | | | 24,461.62 |
| 04/23/2002 | 23,981.98 | 479.64 | | | 24,950.85 |
| 05/23/2002 | 24,461.62 | 489.23 | | | |

EXHIBIT    7    PAGE  98

| Date | Beg Balance | Interest | Withdrawal | End Balance |
|---|---|---|---|---|
| 06/23/2002 | 24,950.85 | 499.02 | | 25,449.87 |
| 07/23/2002 | 25,449.87 | 509.00 | | 25,958.86 |
| 08/23/2002 | 25,958.86 | 519.18 | | 26,478.04 |
| 09/23/2002 | 26,478.04 | 529.56 | | 27,007.60 |
| 10/23/2002 | 27,007.60 | 540.15 | | 27,547.75 |
| 11/23/2002 | 27,547.75 | 550.96 | | 28,098.71 |
| 12/23/2002 | 28,098.71 | 561.97 | | 28,660.68 |
| 01/23/2003 | 28,660.68 | 573.21 | | 29,233.90 |
| 02/23/2003 | 29,233.90 | 584.68 | | 29,818.57 |
| 03/23/2003 | 29,818.57 | 596.37 | | 30,414.94 |
| 04/23/2003 | 30,414.94 | 608.30 | | 31,023.24 |
| 05/23/2003 | 31,023.24 | 620.46 | | 31,643.71 |
| 06/23/2003 | 31,643.71 | 632.87 | | 32,276.58 |
| 07/23/2003 | 32,276.58 | 645.53 | | 32,922.11 |
| 08/23/2003 | 32,922.11 | 658.44 | | 33,580.56 |
| 09/23/2003 | 33,580.56 | 671.61 | | 34,252.17 |
| 10/23/2003 | 34,252.17 | 685.04 | | 34,937.21 |
| 11/23/2003 | 34,937.21 | 698.74 | | 35,635.96 |
| 12/23/2003 | 35,635.96 | 712.72 | | 36,348.67 |
| 01/23/2004 | 36,348.67 | 726.97 | | 37,075.65 |
| 02/23/2004 | 37,075.65 | 741.51 | | 37,817.16 |
| 03/23/2004 | 37,817.16 | 756.34 | | 38,573.50 |
| 04/23/2004 | 38,573.50 | 771.47 | | 39,344.97 |
| 05/23/2004 | 39,344.97 | 786.90 | | 40,131.87 |
| 06/23/2004 | 40,131.87 | 802.64 | | 40,934.51 |
| 07/23/2004 | 40,934.51 | 818.69 | | 41,753.20 |
| 08/23/2004 | 41,753.20 | 835.06 | | 42,588.27 |
| 09/23/2004 | 42,588.27 | 851.77 | | 43,440.03 |
| 10/23/2004 | 43,440.03 | 868.80 | | 44,308.83 |
| 11/23/2004 | 44,308.83 | 886.18 | | 45,195.01 |
| 12/23/2004 | 45,195.01 | 903.90 | | 46,098.91 |
| 01/23/2005 | 46,098.91 | 921.98 | | 47,020.89 |
| 02/23/2005 | 47,020.89 | 940.42 | | 47,961.30 |
| 03/23/2005 | 47,961.30 | 959.23 | | 48,920.53 |
| 04/23/2005 | 48,920.53 | 978.41 | | 49,898.94 |
| 05/23/2005 | 49,898.94 | 997.98 | | 50,896.92 |
| 06/23/2005 | 50,896.92 | 1,017.94 | | 51,914.86 |
| 07/23/2005 | 51,914.86 | 1,038.30 | | 52,953.16 |
| 08/23/2005 | 52,953.16 | 1,059.06 | | 54,012.22 |
| 09/23/2005 | 54,012.22 | 1,080.24 | | 55,092.46 |
| 10/23/2005 | 55,092.46 | 1,101.85 | | 56,194.31 |
| 11/23/2005 | 56,194.31 | 1,123.89 | | 57,318.20 |
| 12/23/2005 | 57,318.20 | 1,146.36 | | 58,464.56 |
| 01/23/2006 | 58,464.56 | 1,169.29 | | 59,633.85 |
| 02/23/2006 | 59,633.85 | 1,192.68 | | 60,826.53 |
| 03/23/2006 | 60,826.53 | 1,216.53 | | 62,043.06 |
| 04/23/2006 | 62,043.06 | 1,240.86 | | 63,283.92 |
| 05/23/2006 | 63,283.92 | 1,265.68 | | 64,549.60 |
| 06/23/2006 | 64,549.60 | 1,290.99 | | 65,840.59 |
| 07/23/2006 | 65,840.59 | 1,316.81 | | 67,157.40 |

EXHIBIT _____7_____ PAGE _99_

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (714) 955-2490

| Date | Beg Balance | Interest | Withdrawal | End Balance |
|------|-------------|----------|------------|-------------|
| 08/23/2006 | 67,157.40 | 1,343.15 | | 68,500.55 |
| 09/23/2006 | 68,500.55 | 1,370.01 | | 69,870.56 |
| 10/23/2006 | 69,870.56 | 1,397.41 | | 71,267.97 |
| 11/23/2006 | 71,267.97 | 1,425.36 | | 72,693.33 |
| 12/23/2006 | 72,693.33 | 1,453.87 | | 74,147.20 |
| 01/23/2007 | 74,147.20 | 1,482.94 | | 75,630.14 |
| 02/23/2007 | 75,630.14 | 1,512.60 | | 77,142.75 |
| 03/23/2007 | 77,142.75 | 1,542.85 | | 78,685.60 |
| 04/23/2007 | 78,685.60 | 1,573.71 | | 80,259.31 |
| 05/23/2007 | 80,259.31 | 1,605.19 | | 81,864.50 |
| 06/23/2007 | 81,864.50 | 1,637.29 | | 83,501.79 |
| 07/23/2007 | 83,501.79 | 1,670.04 | | 85,171.83 |
| 08/23/2007 | 85,171.83 | 1,703.44 | | 86,875.26 |
| 09/23/2007 | 86,875.26 | 1,737.51 | | 88,612.77 |
| 10/23/2007 | 88,612.77 | 1,772.26 | | 90,385.02 |
| 11/23/2007 | 90,385.02 | 1,807.70 | | 92,192.72 |
| 12/23/2007 | 92,192.72 | 1,843.85 | | 94,036.58 |
| 01/23/2008 | 94,036.58 | 1,880.73 | | 95,917.31 |
| 02/23/2008 | 95,917.31 | 1,918.35 | | 97,835.66 |
| 03/23/2008 | 97,835.66 | 1,956.71 | | 99,792.37 |
| 04/23/2008 | 99,792.37 | 1,995.85 | | 101,788.22 |
| 05/23/2008 | 101,788.22 | 2,035.76 | | 103,823.98 |
| 06/23/2008 | 103,823.98 | 2,076.48 | | 105,900.46 |
| 07/23/2008 | 105,900.46 | 2,118.01 | | 108,018.47 |
| 08/23/2008 | 108,018.47 | 2,160.37 | | 110,178.84 |
| 09/23/2008 | 110,178.84 | 2,203.58 | | 112,382.42 |
| 10/23/2008 | 112,382.42 | 2,247.65 | | 114,630.07 |
| 11/23/2008 | 114,630.07 | 2,292.60 | | 116,922.67 |
| 12/23/2008 | 116,922.67 | 2,338.45 | | 119,261.12 |
| 01/23/2009 | 119,261.12 | 2,385.22 | | 121,646.34 |

|  | Tot Interest | 110,346.31 | | |

| | |
|---|---|
| Interest Rate | 0.020 |
| Term (Months) | 120 |
| Ini Balance | 11,300.00 |

EXHIBIT 1 PAGE 102

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (714) 955-2490



# *Italia, Ltd.*

| Account Num | 10000357 | | SSN/Tax ID | 475526005 | | 03/04/99 |
|---|---|---|---|---|---|---|

**Account Address**
Langer, Larry E. and Vicky
3102 White Cloud Rd.
Cheyenne, WY 82001-6140
US

Page          1

**Statement Period:**
From 02/02/99
Thru  03/01/99

| Phone | (307) 634-1168 | Account Type | 001 | Beginning Balance |
|---|---|---|---|---|
| | | Account Rep | 001 | $0.00 |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-1555 | 02/23/99 | * | Initial Deposit | | 10,351.94 |
| | | | **Total Activity** | **0.00** | **10,351.94** |

**Ending Balance**
**$10,351.94**

```
"
5 207.44     Total IRA
5 249 60     Pudenter
10 457 04
10 351 94    Cost of Transactions
$ 105.10
```

# DFJ Italia, Ltd.

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | 04/03/99 |
| | | **Page**      **1** |

| | |
|---|---|
| **Account Address** | Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US |

**Statement Period:**
**From** 03/02/99
**Thru** 04/01/99

**Account Type** 001
**Account Rep** 001

**Phone**      (307) 634-1168

**Beginning Balance**
**$10,351.94**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-1956 | 04/01/99 | 001 | Dividend Earnings | | 207.04 |
| | | | **Total Activity** | **0.00** | **207.04** |

**Ending Balance**
**$10,558.98**

EXHIBIT ___7___ PAGE _102_

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

# DFJ *Italia, Ltd.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **05/02/99** |
| | | **Page** 1 |
| **Account Address** Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US | | **Statement Period:**<br>**From** 04/02/99<br>**Thru** 05/01/99 |
| **Phone** (307) 634-1168 | **Account Type** 001<br>**Account Rep** 001 | **Beginning Balance**<br>**$10,558.98** |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2199 | 05/01/99 | 001 | Dividend Earnings | | 211.18 |
| | | | **Total Activity** | **0.00** | **211.18** |

**Ending Balance**
**$10,770.16**

EXHIBIT 7 PAGE 103

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

# ⅃ＤＦＪ *Italia, Ltd.*

**Account Num** 10000357                    **SSN/Tax ID** 475526005                    **06/03/99**

**Page**       **1**

**Account**    Langer, Larry E. and Vicky
**Address**    3102 White Cloud Rd.
               Cheyenne, WY 82001-6140          **Statement Period:**
               US                               **From** 05/02/99
                                                **Thru** 06/01/99

**Phone**      (307) 634-1168          **Account Type** 001          **Beginning Balance**
                                       **Account Rep** 001                  **$10,770.16**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2310 | 06/01/99 | 001 | Dividend Earnings | | 215.40 |
| | | | **Total Activity** | **0.00** | **215.40** |

**Ending Balance**
**$10,985.56**

EXHIBIT  7  PAGE 104

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490



# *Italia, Ltd.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **07/03/99** |

**Account Address**
Langer, Larry E. and Vicky
3102 White Cloud Rd.
Cheyenne, WY 82001-6140
US

**Page**     1

**Statement Period:**
**From** 06/02/99
**Thru** 07/01/99

**Account Type** 001
**Account Rep** 001

**Phone**     (307) 634-1168

**Beginning Balance**
**$10,985.56**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2426 | 07/01/99 | 001 | Dividend Earnings | | 219.71 |
| | | | **Total Activity** | **0.00** | **219.71** |

**Ending Balance**
**$11,205.27**

EXHIBIT 7     PAGE 105

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

# DFJ *Italia, Ltd.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **08/04/99** |
| | | **Page** 1 |
| **Account Address** Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US | | **Statement Period:**<br>**From** 07/02/99<br>**Thru** 08/01/99 |
| | **Account Type** 001 | **Beginning Balance** |
| **Phone** (307) 634-1168 | **Account Rep** 001 | **$11,205.27** |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2544 | 08/01/99 | 001 | Dividend Earnings | | 224.11 |
| | | | **Total Activity** | **0.00** | **224.11** |

**Ending Balance**
**$11,429.38**

EXHIBIT 7 PAGE 106

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

# DFJ

*Italia, Ltd.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **09/03/99** |
| | | **Page** 1 |
| **Account Address** | Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US | **Statement Period:**<br>From 08/02/99<br>Thru 09/01/99 |
| | **Account Type** 001 | **Beginning Balance**<br>**$11,429.38** |
| **Phone** (307) 634-1168 | **Account Rep** 001 | |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2654 | 09/01/99 | 001 | Dividend Earnings | | 228.59 |
| | | | **Total Activity** | **0.00** | **228.59** |

**Ending Balance**
**$11,657.97**

EXHIBIT 7   PAGE 107

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

# DFJ

## *Italia, Ltd.*

Account Num 10000357

SSN/Tax ID 475526005

10/03/99

Page 1

**Account Address**
Langer, Larry E. and Vicky
3102 White Cloud Rd.
Cheyenne, WY 82001-6140
US

**Statement Period:**
From 09/02/99
Thru 10/01/99

Phone (307) 634-1168

Account Type 001
Account Rep 001

**Beginning Balance**
**$11,657.97**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2763 | 10/01/99 | 001 | Dividend Earnings | | 233.16 |
| | | | **Total Activity** | **0.00** | **233.16** |

**Ending Balance**
**$11,891.13**

EXHIBIT 7 PAGE 108

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

 *Italia, Ltd.*

| Account Num 10000357 | SSN/Tax ID 475526005 | 11/03/99 |
|---|---|---|

Page   1

| Account Address | Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US | Statement Period:<br>From 10/02/99<br>Thru 11/01/99 |
|---|---|---|

| Phone | (307) 634-1168 | Account Type 001<br>Account Rep 001 | Beginning Balance<br>$11,891.13 |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2873 | 11/01/99 | 001 | Dividend Earnings | | 237.82 |
| | | | **Total Activity** | **0.00** | **237.82** |

Ending Balance
$12,128.95

EXHIBIT   7   PAGE 109

DFJ • 18881 Von Karman Avenue, Suite 220 • Irvine, CA 92612 • (949) 955-2490

# DFJ *Inc.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **12/03/99** |

| **Account Address** | Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US | **Page        1**<br><br>**Statement Period:**<br>**From** 11/02/99<br>**Thru** 12/01/99 |
|---|---|---|

| **Phone** | (307) 634-1168 | **Account Type** 001<br>**Account Rep**  001 | **Beginning Balance**<br>**$12,128.95** |
|---|---|---|---|

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-2980 | 12/01/99 | 001 | Dividend Earnings | | 242.58 |
| | | | **Total Activity** | **0.00** | **242.58** |

**Ending Balance**
**$12,371.53**

EXHIBIT___7___ PAGE_110_

DFJ • 18881 Von Karman Avenue • Suite 220 • Irvine, CA 92612-1574 • (949) 955-2490 • Fax (949) 955-2497



| Account Num | 10000357 | | **SSN/Tax ID** 475526005 | | | **01/05/00** | |
|---|---|---|---|---|---|---|---|

**Account Address**
Langer, Larry E. and Vicky
3102 White Cloud Rd.
Cheyenne, WY 82001-6140
US

**Page**    1

**Statement Period:**
**From** 12/02/99
**Thru** 01/01/00

**Phone**    (307) 634-1168

**Account Type** 001
**Account Rep** 001

**Beginning Balance**
**$12,371.53**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-3110 | 01/01/00 | 001 | Dividend Earnings | | 247.43 |
| | | | **Total Activity** | **0.00** | **247.43** |

**Ending Balance**
**$12,618.96**

EXHIBIT  7   PAGE 111

# DFJ *Inc.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **02/03/00** |

| Account Address | Langer, Larry E. and Vicky<br>3102 White Cloud Rd.<br>Cheyenne, WY 82001-6140<br>US | **Page**    **1**<br><br>**Statement Period:**<br>**From** 01/02/00<br>**Thru** 02/01/00 |
|---|---|---|

| | Account Type 001 | |
|---|---|---|
| **Phone**    (307) 634-1168 | **Account Rep**   001 | **Beginning Balance**<br>**$12,618.96** |

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-3217 | 02/01/00 | 001 | Dividend Earnings | | 252.38 |
| | | | **Total Activity** | **0.00** | **252.38** |

**Ending Balance**
**$12,871.34**

EXHIBIT __7__ PAGE __112__

DFJ • 18881 Von Karman Avenue • Suite 220 • Irvine, CA 92612-1574 • (949) 955-2490 • Fax (949) 955-2497

# DFJ *Inc.*

| | | |
|---|---|---|
| **Account Num** 10000357 | **SSN/Tax ID** 475526005 | **03/03/00** |
| | | **Page** 1 |

**Account Address**
Langer, Larry E. and Vicky
3102 White Cloud Rd.
Cheyenne, WY 82001-6140
US

**Statement Period:**
From 02/02/00
Thru 03/01/00

**Account Type** 001
**Account Rep** 001

**Phone** (307) 634-1168

**Beginning Balance**
**$12,871.34**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-3342 | 03/01/00 | 001 | Dividend Earnings | | 257.43 |
| | | | **Total Activity** | **0.00** | **257.43** |

**Ending Balance**
**$13,128.77**

EXHIBIT 7 PAGE 113

DFJ • 18881 Von Karman Avenue • Suite 220 • Irvine, CA 92612-1574 • (949) 955-2490 • Fax (949) 955-2497

1 | ALBERT, WEILAND & GOLDEN, LLP
Theodor C. Albert #81449
2 | Steven J. Katzman #132755
Saar Swartzon #198732
3 | 650 Town Center Drive, Suite 1350
Costa Mesa, California 92626
4 | Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002
5 |
Special Counsel for Thomas H. Casey,
6 | Chapter 7 Trustee

7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SANTA ANA DIVISION

11 | In re                                    )   Case No. SA 00-12295 JR
                                           )
12 | DFJ ITALIA, LTD.,                        )
                                           )   Chapter 7 Case
13 |                                          )
                                           )   **NOTICE OF LAST DATE TO FILE**
14 |                                          )   **PROOFS OF CLAIM**
                                           )
15 |                                          )   **[Federal Rule of Bankruptcy**
                  Debtor.                    )   **Procedure 3003(c)(3)]**
16 |                                          )
                                           )   **(No Hearing Required)**
17 |                                          )
                                           )
18 | _____)

19 | **TO ALL CREDITORS AND PARTIES INTEREST:**

20 |     **PLEASE TAKE NOTICE** that the United States Bankruptcy Court

21 | has fixed December 31, 2000 as the last date by which creditors in

22 | the case of DFJ ITALIA, LTD., ("Debtor") may file proofs of claim.

23 |     If you believe you are owed a debt by the Debtor, you must

24 | file a proof of claim in order to share in a distribution of

25 | estate assets.  If you do not timely file a proof of claim, your

26 | claim against the estate will be barred and you will not

27 | participate in any distribution to be paid to creditors from

28 | estate funds in this case.

Scanned
By:

1    **PLEASE TAKE FURTHER NOTICE** that if your claim is based on any

2  writing, you must attach copies of any and all such writings to

3  the proof of claim or provide an adequate explanation of your

4  inability to do so.   Failure to do so will render your claim

5  subject to objection and possible disallowance.

6    **PLEASE TAKE FURTHER NOTICE** that in addition to filing your

7  proof of claim with the Ronald Reagan Federal Building, located at

8  411 West Fourth Street, Santa Ana, California 92712, you must mail

9  a copy of the complete proof of claim to general counsel to the

10  Trustee, James Joseph, of counsel to Danning, Gill, Diamond &

11  Kolitz, LLP, 2029 Century Park E., 3rd. Floor, Los Angeles,

12  California, 90067-2904.

13    For your convenience, a proof of claim form is enclosed.

14

15  DATED:  October 31, 2000          ALBERT, WEILAND & GOLDEN

16

17                                    By:

18                                        JEFFREY I. GOLDEN
                                          Special Counsel for Thomas H.
19                                        Casey, Chapter 7 Trustee

20

21

22

23

24

25

26

27

28

EXHIBIT __7__ PAGE 115

cmy/cas01/0025/notice.clms          2                          NOTICE

## Supplemental Information Request

If you hold a claim against the Debtor as of March 20, 2000, you must fill out the attached Proof of Claim form in order for the Trustee to recognize your claim. The following supplemental information request does not replace the Proof of Claim form. The following information is being requested by the Trustee to supplement the Debtor's records and bank documentation. This information will assist the Trustee in the evaluation of the accuracy and completeness of the Debtor's records and in the processing of claims. If you did not invest in investment programs of the Debtor, you do not need to complete this form.

ACCOUNT HOLDER NAME   Cheis + Tracey Blanch

|  | Investment 1 | Investment 2 | Investment 3 | Investment 4 | Investment 5 |
|---|---|---|---|---|---|
| **INVESTMENT OR LOANS** | | | | | |
| 1 Amount Invested | $ 5000 | $ | $ | $ | $ |
| 2 Date Invested | 6-8-99 | | | | |
| 3 Investment form (cash, check, wire, etc) | cheque | | | | |
| 4 Payee - Who was check payable to? | D.F.J. | | | | |
| 5 Source of Funds (IRA, Pension, 401K, etc) | personal check. | | | | |
| 6 Principal repaid | None | | | | |
| 7 Investment Program (Finivest, Diamond, etc) | Finivest | | | | |

## DIVIDENDS and/or INTEREST

Total Dividends or Interest received                                          $ —

How were the Dividends or Interest payments made?  (check, cash, wire)      —

Frequency of Dividends or Interest payments (monthly, qtrly, etc)           —

Were Dividends or Interest payments added to your principal rather than paid?   —

## OTHER

DFJ sales representative                                      Chad Lund

What rate of Interest or return was promised?                2+ %              %

Did you receive DFJ Account Ledgers or statements?           (YES)   NO

EXHIBIT  7  PAGE 116

## SUPPORTING DOCUMENTS

Please attach copies of supporting documents, such as loan agreements, account ledger statements, correspondence, etc. , not send originals. If you have previously sent your supporting documents to the Trustee, please disregard.

# Exhibit 8

| UNITED STATES BANKRUPTCY COURT CENTRAL District of CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| DFJ ITALIA, LTD. | SA 00-12295 JR |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property)

_Steven Rimokris_

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and address where notices should be sent:

_Steven R. Winters_
_1348 Via Alta_
_Santa Maria_
Telephone number: _805 937 3764_

- [ ] Check box if you have never received any notices from the bankruptcy court in this case.
- [ ] Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

_DFJ 3295    10000700_

Check here if this claim
- [ ] replaces
- [ ] amends      a previously filed claim, dated:

### 1. Basis for Claim
- [ ] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [x] Other _Investment Project_

- [ ] Retiree benefits as defined in 11 U.S.C. § 1114 (a)
- [ ] Wages, salaries, and compensations (Fill out below)
  Your SS #: _____ - __ - ____
  Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

### 2. Date debt was incurred: _7-29-00_

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed: $ _200,000_
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
- [ ] Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- [ ] Real Estate
- [ ] Motor Vehicle
- [ ] Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

### 6. Unsecured Priority Claim.
- [x] Check this box if you have an unsecured priority claim
  Amount entitled to priority $ _200,000_
  Specify the priority of the claim:
- [ ] Wages, salaries, or commissions (up to $4,300), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
- [ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- [ ] Up to $1,950 of deposit toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- [ ] Alimony, maint. nance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- [ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a)(8).
- [ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).
  * Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 7. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 8. Supporting Documents:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 9. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| _12-19-00_ | |

EXHIBIT _8_    PAGE _175_  _5/10/05_

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT ___8___ PAGE 118

**Exhibit 9**

FORM B10 (Official Form 101)(Rev. 4/98)

Case 8:00-bk-12295-RK    Doc 487-2    Filed 05/27/09    Entered 05/27/09 10:55:25    Desc
UNITED STATES BANKRUPTCY C    Exhibit Exhibit 6-9 1    Page 49 of 59

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | **PROOF OF CLAIM** |

| Name of Debtor<br>DFJ ITALIA, LTD. | Case Number<br>SA 00-12295 JR | **FILED** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>*Henri Nurminen* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

00 DEC 26 PM 12: 19

U.S. BANKRUPTCY COURT ... DISTRICT OF CALIF.

BY:

| | |
|---|---|
| Name and address where notices should be sent:<br>*Henri Nurminen*<br>*27702 Bahamonde*<br>*Mission Viejo CA 92692*<br>Telephone number: (*949*) *582-5288* | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
*Acct. No. 100000643    Ref. Code - DFJ-3237*

☐ Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim, dated: _____

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other *Rolled my IRA to DFJ*

- ☒ Retiree benefits as defined in 11 U.S.C. § 1114 (a)
- ☐ Wages, salaries, and compensations (Fill out below)

Your SS #: *557 - 55 - 0962*

Unpaid compensation for services performed
from *6-25-99*  to  *3-30-00*
      (date)              (date)

**2. Date debt was incurred:** *6-25-99 → 3-30-00*    **3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ *5,581.99*

☐ If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges **at time case filed** included in secured claim, if any $ _____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ *(Maybe)*
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4,300), * earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)

☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).

☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ )

* Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of *supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

*10 # 234*
*5/12/05*

| Date<br>*12-16-00* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>*Henri Nurminen* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## Supplemental Information Request

If you hold a claim against the Debtor as of March 20, 2000, you must fill out the attached Proof of Claim form in order for the Trustee to recognize your claim. The following supplemental information request does not replace the Proof of Claim form. The following information is being requested by the Trustee to supplement the Debtor's records and bank documentation. This information will assist the Trustee in the evaluation of the accuracy and completeness of the Debtor's records and in the processing of claims. If you did not invest in investment programs of the Debtor, you do not need to complete this form.

ACCOUNT HOLDER NAME     *Henri Nurminen*

|  | Investment 1 | Investment 2 | Investment 3 | Investment 4 | Investment 5 |
|---|---|---|---|---|---|

### INVESTMENT OR LOANS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Amount Invested | $ 4,764.18 | $ | $ | $ | $ |
| 2 | Date Invested | 6-25-99 | | | | |
| 3 | Investment form (cash, check, wire, etc) | check | | | | |
| 4 | Payee - Who was check payable to? | DFJ Italy 4% Atn: GF Scopelli | | | | |
| 5 | Source of Funds (IRA, Pension, 401K, etc) | IRA | | | | |
| 6 | Principal repaid ? | None yet. | | | | |
| | Investment Program (Finivest, Diamond, etc) | Finivst | | | | |

### DIVIDENDS and/or INTEREST

(Never received ANY Monies back)

Total Dividends or Interest received                     $ 817.81

How were the Dividends or Interest payments made?  (check, cash, wire)     (Noted) on paper ONLY

Frequency of Dividends or Interest payments (monthly, qtrly, etc)     monthly

Were Dividends or Interest payments added to your principal rather than paid?     Added to principal

### OTHER

DFJ sales representative     Chad Lund

What rate of Interest or return was promised?     24 %

Did you receive DFJ Account Ledgers or statements?     YES   NO

### SUPPORTING DOCUMENTS

EXHIBIT 9    PAGE 120

Please attach copies of supporting documents, such as loan agreements, account ledger statements, correspondence, etc. Do not send originals. If you have previously sent your supporting documents to the Trustee, please disregard.

1 | **ALBERT, WEILAND & GOLDEN, LLP**
Theodor C. Albert #81449
2 | Steven J. Katzman #132755
Saar Swartzon #198732
3 | 650 Town Center Drive, Suite 1350
Costa Mesa, California 92626
4 | Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002
5 |
Special Counsel for Thomas H. Casey,
6 | Chapter 7 Trustee

7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SANTA ANA DIVISION

11 | In re                        )   Case No. SA 00-12295 JR
                              )
12 | DFJ ITALIA, LTD.,             )   Chapter 7 Case
                              )
13 |                              )   **NOTICE OF LAST DATE TO FILE**
                              )   **PROOFS OF CLAIM**
14 |                              )
                              )   **[Federal Rule of Bankruptcy**
15 |                              )   **Procedure 3003(c)(3)]**
                              )
16 |              Debtor.         )   **(No Hearing Required)**
                              )
17 |                              )
                              )
18 | _____)

19 | TO ALL CREDITORS AND PARTIES INTEREST:

20 |     PLEASE TAKE NOTICE that the United States Bankruptcy Court

21 | has fixed December 31, 2000 as the last date by which creditors in

22 | the case of DFJ ITALIA, LTD., ("Debtor") may file proofs of claim.

23 |     If you believe you are owed a debt by the Debtor, you must

24 | file a proof of claim in order to share in a distribution of

25 | estate assets.  If you do not timely file a proof of claim, your

26 | claim against the estate will be barred and you will not

27 | participate in any distribution to be paid to creditors from

28 | estate funds in this case.

cxy/cas01/0029/notice.clms                1        EXHIBIT __9__ PAGE 121  NOTICE

# *Finivest Bridge Funding*
## *Investment/Loan Agreement*

DFJ, the "Managing Director" hereinafter referred to as "MD," of the Finivest Bridge Fund, and _Henri Nurminen_ , the "Bridge Associate," hereinafter referred to as "BA," agree:

That "MD" solely owns and controls one hundred percent of all outstanding shares in the Finivest Bridge Fund; and

That "BA" acknowledges and ratifies that he/she, by way of its investment, holds no shares, stocks, partnership shares (general or limited) in neither DFJ, Finivest, LTD, Finivest Bridge Fund, nor any of their subsidiaries.

ALSO, the "BA" shall have no right at any time to audit the books and records of the "MD," its subsidiaries, holding, officers and employees; nor shall the "BA," his/her agent(s), representative(s) have any voice in the day-to-day operations of either Finivest Bridge Fund, or the "MD."

_Henri Nurminen_ 's Sole Relationship to the FUND and the "MD" is best described as a *Bridge Fund Depositor*, or *Bridge Associate*.

_Henri Nurminen_ shall be admitted as a Depositor upon the terms and conditions set forth herein:

The "BA" shall place on deposit with the Managing Director, DFJ, the sum of _4,764.18_ $US for a period of eighteen months, during which the "BA" agrees not to withdraw any portion of the principle. Upon completion of the initial term of the investment/loan agreement, it shall be automatically renewed at a guaranteed 24% annual interest rate for another eighteen-month period unless the "BA" notifies the "MD" in writing that he/she desires to terminate his/her investment/loan agreement.

Except for the initial eighteen-month period, the "BA" may choose to terminate, in writing, his/her contract at any time for any reason. Upon receipt of written notifications of termination of his/her investment/loan agreement, the "MD" shall deliver to the "BA" his/her principle deposit plus accrued interest within 14 days of said notice.

If the "BA" chooses to terminate the contract prior to the initial 18 month agreement, the "MD" shall deliver the principle investment minus all interest paid to "BA" within 14 days of said notice.

Upon Death, incapacity, or legal disability of the "BA," the "MD" shall contact said beneficiary and offer the option of returning said principle and accrued interest within 14 days or leaving said contract in place and allow the beneficiary to assume said contract and receive all interest payments from that day forward.

The "MD" shall pay a guaranteed annual interest rate of 24% on the principal deposit.

Interest payments on the principal deposit shall be paid monthly at the rate of 2% per month based on the initial investment deposit amount in $US.

The "BA" understands that Finivest Bridge Fund is a DFJ offshore investment vehicle and is not responsible to report to the United States Government any earnings, dividends or interest payments made to its Investment/Loan Depositors (BA).

EXHIBIT _9_ PAGE _122_

It is the Depositors responsibility to report all earnings to the United States Government and pay the appropriate taxes.

The "BA" agrees to indemnify and hold harmless the Finivest Bridge Fund, DFJ, its subsidiaries, holding, officers and employees in the event of any legal action taken by the United States Government and its agencies for nonpayment of taxes. Finivest Bridge Fund Bank is backed and guaranteed by DFJ Italia, LTD.

I would like my monthly interest payments in the form of (select one):

- ❑   Check
- ❑   Wire Transfer into my personal account
- ❑   Direct deposit to offshore account
- ☒   Roll Over

**Make checks payable to DFJ**

Depositor name and address:

| Name | Henri Nurminen |
|---|---|
| Street Address | 27202 Bahamonde |
| City/State/Zip code | Mission Viejo  CA  92692 |
| Telephone | 949 - 784 - 4080 |
| E-Mail/Fax | |

DOB: 3-12-66   Soc. Sec. # 557 - 55 - 0963   Drivers Lic. # C2532377

Beneficiary name and address:

| Name | Tiffany Nurminen |
|---|---|
| Street Address | 27702 Bahamonde |
| City/State/Zip code | Mission Viejo, ca 92692 |
| Telephone | |
| E-Mail/Fax | |

DOB:_____   Soc. Sec. #_____-_____-_____   Drivers Lic. #_____

DFJ Representative:

| Name | Chad D. Lund |
|---|---|
| Street Address | 18881 Von Karman Ave. Suite 220 |
| City/State/Zip code | Irvine, CA. 92612 |
| Telephone | 949-955-2490 x 234 |
| E-Mail/Fax | 949-955-2497 |

Agreed to and signed this day: 6-25-99          Representative:

_____          _____
Signature of Depositor                                    Chad D. Lund
                                                                    18881 Von Karman Ave. Suite 220
                                                                    Irvine, CA. 92612
                                                                    949-955-2490 Ext. 234   EXHIBIT 9   PAGE 123

 *Italia, Ltd.*

June 11, 1999

Charles Schwab
101 Montgomery St.
San Francisco, CA 94104

attn: IRA Transfer Dept.

Henri Nurminen
Soc. Sec. # 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
Account # 6730-9435

The D.F.J. Italia LTD. in its capacity as Sponsor of Qualified Retirement Plan
Prototypes for both Corporations, Self-employed Individuals, and Individual IRA
Plans, will act as Successor Sponsor and accept the retirement plan assets you
presently hold for the above named participant. Currently the assets you hold are
under an IRA plan. The values are to be transferred to **D.F.J. Italia LTD** and will
be treated as a qualified plan under an IRA plan.

The assets to be transferred should be in check form, payable to **D.F.J.** and
mailed to the following address:

        D.F.J. Italia
        18881 Von Karman Ave Suite 220
        Irvine, CA 92612
        attn: Guy F. Scarpelli

Your prompt attention in this matter will be appreciated.

Sincerely,

Guy F. Scarpelli
Company Officer

EXHIBIT ___9___ PAGE _124_

June 11, 1999

Charles Schwab

Account # 6730-9435
Henri Nurminen
Soc. Sec #  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

To Whom It May Concern,

This is a letter of instruction requesting that you do the following:

    1. **Immediately** liquidate the above plan. Please make no attempt at conservation. I understand if there are surrender charges.

    2. Transfer the proceeds from/for the above account to **D.F.J.**

The proceeds are to be used to purchase a " Qualified IRA " contract under my retirement plan.

Please make the check(s) payable to **D.F.J.** The check(s) then should be forwarded to the following:

        D.F.J. Italia
        18881 Von Karman Ave Suite 220
        Irvine, CA 92612

Your prompt attention will be appreciated.

Sincerely,

Henri Nurminen

EXHIBIT _9_ PAGE _125_

**Charles Schwab & Co., Inc**    **SIPC**    **TRADE CONFIRMATION**

HEADQUARTERS:
THE SCHWAB BUILDING
101 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

CUSTOMER COPY
Please retain for your records.

Upon the terms and conditions printed on the back hereof and none other. Please see reverse side for a listing of capacity codes.

| We Confirm That You | Quantity | Item Description | Symbol | At The Unit Price Of | Executed On This Date | For Settlement On This Date |
|---|---|---|---|---|---|---|
| BOUGHT | 4,762.50 | SCHWAB MONEY MARKET FUND | SWMXX | 1 | 6/18/99 | 6/18/99 |

| For Your | Account Number | Security Number / CUSIP | Capacity | |
|---|---|---|---|---|
| CASH | 6730-9435 | 808515-10-0 | A | FSYY |

HENRI NURMINEN
CHARLES SCHWAB & CO INC.CUST
SEP-IRA
25451 ADELANTO
LAGUNA NIGUEL CA   92677

PRINCIPAL AMOUNT          $4,762.50

TOTAL AMOUNT              $4,762.50

Additional information about this trade.
- EXECUTED OVER THE COUNTER
- IF YOU HAVE A QUESTION ABOUT THIS TRADE, PLS. CONTACT YOUR INVESTMENT MANAGER.

MMF YY

EXHIBIT ___9___ PAGE 126

**bank of America**
CALIFORNIA DISBURSEMENT ACCOUNT
NORTHBROOK, IL

**Charles Schwab**

NO. 0283876

CHARLES SCHWAB & CO., INC.
101 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

70-2329
0715

WARNING: THE FACE OF THIS CHECK HAS A BLUE AND GRAY BACKGROUND AND THE BACK HAS AN ARTIFICIAL WATERMARK -- HOLD AT AN ANGLE TO VIEW.

DATE 6/22/99

PAY ➡ $ ****4764.18

PRESENT FOR PAYMENT WITHIN 180 DAYS

PAY
TO THE
ORDER D.F.J. ITALIA,LTD
OF    FBO HENRI NURMINEN
      A/C SSN #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
      18881 VON KARMAN AVE- STE 220
      IRVINE, CA 92612
      ATTN: G.F.SCARPELLI

⑈0283876⑈ ⑆071923284⑆ 87651⑆0110⑈

EXHIBIT ___9___ PAGE __127__

**Account Number** 10000643                **SSN/Tax ID**                          Statement Date: 06/30/99

                                                                                              Page 1

**Account Holder**  Nurminen, Henri

**Address**         27702 Bahamonde
                    Mission Viejo, CA 92692
                    US

**Phone**           ()-

                                                           **Account Type** Finivest
                                                           **Account Rep**  Chad Lund

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-24029 | 06/25/99 | * | Initial Deposit | | 4,764.18 |
| | | | **Total Activity** | **0.00** | **4,764.18** |

                                                           **Ending Balance**
                                                           **$4,764.18**

EXHIBIT ___9___ PAGE 128



| Account Num | 10000643 | SSN/Tax ID | | | | 03/03/00 |
|---|---|---|---|---|---|---|

**Account Address**
Nurminen, Henri
27702 Bahamonde
Mission Viejo, CA 92692
US

Page        1

**Statement Period:**
From 02/02/00
Thru 03/01/00

Phone        ()-

Account Type 001
Account Rep  004

**Beginning Balance**
**$5,472.54**

| Reference Code | Date | Category | Transaction Description | Debits | Credits |
|---|---|---|---|---|---|
| DFJ-3361 | 03/01/00 | 001 | Dividend Earnings | | 109.45 |
| | | | **Total Activity** | 0.00 | 109.45 |

**Ending Balance**
**$5,581.99**