# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: § Case No. 8:00-BK-12295-RK
DFJ ITALIA, LTD. §
§
  Debtors §
§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS H. CASEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of* $

*and approved disbursements of* $

*leaving a balance of* $

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
_____ $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: THOMAS H. CASEY | $ | $ |
| Attorney for trustee: DANNING GILL DIAMOND & KOLLITZ LLP | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: SQUAR MILNER REEHL & WILLIAMSON | $ | $ |

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Special Attorney for trustee:* WEILAND, GOLDEN, SMILEY, WANG EKVALL | $_____ | $_____ |
| *Charges:* US BANKRUPTCY COURT | $_____ | $_____ |
| *Fees:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:*_____ | $_____ | $_____ |
| *Attorney for:*_____ | $_____ | $_____ |
| *Accountant for:*_____ | $_____ | $_____ |
| *Appraiser for:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000313B* | *EMPLOYMENT DEVELOPMENT DEPT* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | SCOTT SCARPELLI | $ | $ |
| 000002 | ROSEANN M SCARPELLI | $ | $ |
| 000003 | FRANK S SCARPELLI | $ | $ |
| 000004 | RONALD J SELEY | $ | $ |
| 000005 | ANA J RAMIREZ | $ | $ |
| 000006 | ELEANOR MICHELSEN | $ | $ |
| 000007 | RUDOLPH RAMIREZ | $ | $ |
| 000008 | ELVIRA BURROW | $ | $ |
| 000009 | ROBERT BESECKER | $ | $ |
| 000011 | ROBERT AND HELEN BROWN | $ | $ |
| 000012 | EVELYN THOMAS | $ | $ |
| 000013 | JAMES P BILLINGS | $ | $ |
| 000014 | RICHARD & JODI BARTOCCINI | $ | $ |
| 000015 | TOM STEVENS | $ | $ |
| 000016 | LAZLO P KAVEGGIA | $ | $ |
| 000017 | YOLANDA E VASQUEZ | $ | $ |
| 000018 | STEPHEN NOBLE | $ | $ |
| 000019 | GUITRON RICARDO | $ | $ |
| 000020 | SAEED MATHEW KHATIBLOO | $ | $ |
| 000021 | TED LOPEZ | $ | $ |
| 000022 | KENNETH A POULSEN JR | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000023 | DEBORAH A POULSEN | $ | $ |
| 000024 | MICHAEL P MOSEED | $ | $ |
| 000025 | MICHAEL J FRANZOIA | $ | $ |
| 000026 | VALLIE E ROBINSON | $ | $ |
| 000027 | SUSAN SCHLEEDE | $ | $ |
| 000028 | RONALD ATWATER | $ | $ |
| 000029 | BRANCO PETROVICH | $ | $ |
| 000030 | ANTHONY F ACOCELLA | $ | $ |
| 000031 | GARY A WISE | $ | $ |
| 000032 | MARY ELLEN NERO | $ | $ |
| 000033 | LISA SPRINGER | $ | $ |
| 000034 | KIRK LEBOWE | $ | $ |
| 000035 | ALICE FEHER | $ | $ |
| 000036 | MICHAEL DE NAPOLI | $ | $ |
| 000037 | JOSEPH QUAGLIANO | $ | $ |
| 000038 | KATHRYN L MORGAN | $ | $ |
| 000039 | LESTER M & C LILLIAN BERRY TRUST | $ | $ |
| 000040 | VADIM CHUDNOVSKY | $ | $ |
| 000041 | BARBARA ROSAMILIA | $ | $ |
| 000042 | ALICE COAKLEY | $ | $ |
| 000043 | PATRICIA BURKE | $ | $ |
| 000044 | TOM BEUKERLE | $ | $ |
| 000045 | RONALD J CIOLEK | $ | $ |
| 000046 | STEVEN YOELIN | $ | $ |
| 000047 | BERIT E NEFF | $ | $ |
| 000048 | JAMES NEFF | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000049 | LEWIS HOROWITZ | $ | $ |
| 000050 | JEFFREY H KAPLAN | $ | $ |
| 000051 | ROBERT MALCOLM | $ | $ |
| 000052 | STEPHEN PLUTSKY | $ | $ |
| 000053 | RICHARD MANTELL MD | $ | $ |
| 000054 | CHARLES C BROWN JR | $ | $ |
| 000055 | ROBERT PANEHAL | $ | $ |
| 000056 | FABIO L MOTA | $ | $ |
| 000057 | DAVE FRENDEL | $ | $ |
| 000058 | DARLENE RIMLE | $ | $ |
| 000059 | BRENT FOSTER | $ | $ |
| 000060 | VERA & ZENON JAREMA | $ | $ |
| 000061 | SPIRO KARAS | $ | $ |
| 000062 | WILLIAM E & MARILYN HOLZHAUER | $ | $ |
| 000063 | WILLIAM & MARY ROHAN | $ | $ |
| 000064 | BETTY J JONES | $ | $ |
| 000065 | MARTIN BREES | $ | $ |
| 000066 | STEFANO VALLE | $ | $ |
| 000067 | KENNETH A AND STELLA M POULSEN | $ | $ |
| 000068 | STEPHANIE OR JOSEPH CHROBAK | $ | $ |
| 000069 | ANNA DAKDDUK | $ | $ |
| 000070 | OWEN NACCARATO | $ | $ |
| 000071 | GEORGE DAN | $ | $ |
| 000072 | VESNA DAN | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000073 | GREGORY GRISWOLD | $ | $ |
| 000074 | HELEN & JOSEPH BESECKER | $ | $ |
| 000075 | ROBERT BATISTIC | $ | $ |
| 000076 | MARY RUMSEY | $ | $ |
| 000077 | BRIAN AIRTH | $ | $ |
| 000078 | STEPHEN N HOLM | $ | $ |
| 000079 | JESSE BAGLEY | $ | $ |
| 000080 | ANTHONY & CYNTHIA SAGLIMBENI | $ | $ |
| 000081 | MARY PANEHAL | $ | $ |
| 000082 | DAVID & CAROLE CHAVEZ | $ | $ |
| 000083 | TOMY BALBONA | $ | $ |
| 000084 | APRIL FAWCETT | $ | $ |
| 000085 | ANDREW R JARMINSKI | $ | $ |
| 000086 | WILLIAM A & SUSAN R COAKLEY | $ | $ |
| 000087 | JYOTIKA WALI MD | $ | $ |
| 000088 | CHARLES J HALL | $ | $ |
| 000089 | MARK ROBBINS | $ | $ |
| 000090 | PHILIP CATALLFAMO | $ | $ |
| 000091 | FERNANDO VARGAS | $ | $ |
| 000092 | LINDA P JONES | $ | $ |
| 000093 | RICHARD PERKINS | $ | $ |
| 000098 | A J PANEHAL | $ | $ |
| 000099 | LESTER & VIRGINIA KYLLO | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000100 | SPRING VALLEY COMM CHURCH | $ | $ |
| 000102 | RICK BRAWNER | $ | $ |
| 000103 | HELEN & WILLIAM HARAZIM | $ | $ |
| 000104 | FREDERICK J CLAREY | $ | $ |
| 000105 | RICHARD VILLEGAS | $ | $ |
| 000106 | JOHN ROGERS | $ | $ |
| 000107 | OASIS SPRINKLER | $ | $ |
| 000108 | LISA & FRED VALLE | $ | $ |
| 000109 | ADAM LAMMON | $ | $ |
| 000110 | SEAN MCGROARTY | $ | $ |
| 000111 | TIM LAMMON | $ | $ |
| 000112 | JOHN A MONTAGNA | $ | $ |
| 000113 | JORDYN LAMMON | $ | $ |
| 000114 | KENNETH J CHRISTENSEN | $ | $ |
| 000115 | MELVIN J & BARBARA J CHRISTENSEN | $ | $ |
| 000116 | ROBIN LAMMON | $ | $ |
| 000117 | DOMINIC SAKOWSKI | $ | $ |
| 000118 | MAX HOSKINS | $ | $ |
| 000119 | JANET L WEAVER | $ | $ |
| 000120 | MONIQUE T BACK | $ | $ |
| 000121 | MARJORIE ELLIS | $ | $ |
| 000122 | MARC ESTERSON | $ | $ |
| 000123 | EUGENE B GLOSMAN | $ | $ |
| 000125 | GLORIA M O'TOOLE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000126 | LEE N & DEBORAH LOVE | $ | $ |
| 000127 | BORIS WEISS | $ | $ |
| 000128 | A H PARTNERSHIP | $ | $ |
| 000129 | KATHLEEN S JOHNSON | $ | $ |
| 000130 | DOROTHY E TRUMBLE | $ | $ |
| 000131 | ANDREW LIN | $ | $ |
| 000132 | CANDICE LIN | $ | $ |
| 000133 | ANDREW LIN | $ | $ |
| 000134 | ALLEN & JOSEPHINE LIN | $ | $ |
| 000136 | CHARLES T WRIGHT | $ | $ |
| 000137 | CHARLES S DANNELLY II | $ | $ |
| 000138 | TIBOR NEMETH | $ | $ |
| 000139 | GARY E GEIL MD | $ | $ |
| 000140 | JOHN A LORETO DDS | $ | $ |
| 000141 | BRAD A STRACKE | $ | $ |
| 000142 | MELTZER, PAGANO, ESNAMI, JOHNSON | $ | $ |
| 000143 | RICHARD KEENAN | $ | $ |
| 000144 | ROWLAND N KEENAN | $ | $ |
| 000145 | PAUL MELTZER | $ | $ |
| 000146 | LOUIS P & GEORGIANNA SAVAS | $ | $ |
| 000147 | BARBARA J ZAKOLSKI | $ | $ |
| 000148 | GERALDO ZAVALA MD | $ | $ |
| 000149 | EDWARD J ZAKOLSKI | $ | $ |
| 000150 | SONIA W LEWIS | $ | $ |
| 000151 | BARBARA A DEJOHN | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000152 | STEVEN & CHRISTINE SQUASHIC | $ | $ |
| 000153 | DARLENE HUSSEY | $ | $ |
| 000154 | NICOLAI GLAZER | $ | $ |
| 000155 | KENNETH A KENDALL | $ | $ |
| 000156 | HELEN H AND JOSE C MESQUITA | $ | $ |
| 000157 | PAUL CHEN | $ | $ |
| 000158 | PETER E KWON | $ | $ |
| 000159 | RAYMOND AND BETTY LOPEZ | $ | $ |
| 000160 | KLAUS FIEBERG | $ | $ |
| 000161 | LORETTA M SPRINGER | $ | $ |
| 000162 | KRISTINA MESQUITA | $ | $ |
| 000163 | JEFF & ARETE CITRIN | $ | $ |
| 000164 | GARY BOROVAY | $ | $ |
| 000165 | MICHAEL BUTALA | $ | $ |
| 000166 | TONI BEEMAN | $ | $ |
| 000167 | JILL M HARPER | $ | $ |
| 000168 | KEVIN KENYON | $ | $ |
| 000169 | DOMENICK CAPORUSSO | $ | $ |
| 000170 | JORDANA TRAUB | $ | $ |
| 000171 | JOSEPH ONUFER | $ | $ |
| 000172 | LINDA MARIE LOPEZ | $ | $ |
| 000173 | RALPH & ARLENE EISENBERGER | $ | $ |
| 000174 | NICOLAS [NICK] & OLGA E LOPEZ | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000175 | MARY E THOMPSON | $ | $ |
| 000176 | CALVIN B & MARILYN B GROSS | $ | $ |
| 000177 | MICHAEL BOROVAY | $ | $ |
| 000178 | R J PRINCESS CORP | $ | $ |
| 000179 | KIM ALEXIS DUGUAY | $ | $ |
| 000180 | KIM A DUGUAY | $ | $ |
| 000181 | KIM ALEXIS PRODUCTIONS INC | $ | $ |
| 000182 | NOTHING DOWN INC | $ | $ |
| 000183 | THE GRIFFIN GROUP | $ | $ |
| 000184 | GEORGE CHRISTOPHER FISCHER | $ | $ |
| 000185 | TOM & TONYA PINKOWSKI | $ | $ |
| 000186 | GAREFALIA KELESIDIS PRUSACZYK | $ | $ |
| 000187 | PATRICK & MARGIE MOSMAN | $ | $ |
| 000188 | PATRICIA MCNAMARA | $ | $ |
| 000189 | JOAN E AND RICHARD H ANDERSON | $ | $ |
| 000190 | STEVE AND YVONNE RODRIGUEZ | $ | $ |
| 000191 | JAMES & JOAN ELLIS | $ | $ |
| 000192 | DAVID J NOEL III & CHERI P NOEL | $ | $ |
| 000193 | MARIE SEIFRING | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000194 | ROBERT KOHLMANN | $ | $ |
| 000195 | CANDACE CHENG | $ | $ |
| 000196 | JOANNE FACCIOLO | $ | $ |
| 000197 | CHARLIE NAHMAN | $ | $ |
| 000198 | PETER NAHMAN | $ | $ |
| 000199 | BONNIE NAHMAN | $ | $ |
| 000200 | JOSEPH & MELODY NAHMAN | $ | $ |
| 000201 | DOUG EHLERS | $ | $ |
| 000202 | GIL L WARD | $ | $ |
| 000203 | CHARLIE NAHMAN, PETER NAHMAN & | $ | $ |
| 000204 | JOSEPH & MELODY NAHMAN | $ | $ |
| 000205 | JEFFREY P PHILLIPS | $ | $ |
| 000207 | ANTHONY PELLEGRINO SR | $ | $ |
| 000208 | TED DEMOND | $ | $ |
| 000209 | BRENDA J RAUB | $ | $ |
| 000210 | CAMILO HUSTED | $ | $ |
| 000211 | DAVID F LARSON | $ | $ |
| 000213 | LOUISE M ONUFER | $ | $ |
| 000214 | SAN MARINO PLASTERING INC | $ | $ |
| 000215 | DTF GROTSIGK FAMILY LTD PARTNERSHIP | $ | $ |
| 000216 | STEVEN TAGLIAFERRI | $ | $ |
| 000218 | JAMES A HAYWARD | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000219 | FRED GRATSIGK AND IRENE GRATSIGK | $ | $ |
| 000220 | COLLEEN M EVANS | $ | $ |
| 000221 | GARY AND LOUISE LUND | $ | $ |
| 000222 | PETER J PANTAZES | $ | $ |
| 000223 | IRMA H TAYLOR | $ | $ |
| 000224 | DOUG TAYLOR | $ | $ |
| 000225 | MINAKO M HOLLOWAY | $ | $ |
| 000226 | PAUL ANDREW CARNEY | $ | $ |
| 000227 | CIRO SPINELLA | $ | $ |
| 000228 | NEW WEST | $ | $ |
| 000229 | VICKI M AND LAWRENCE E LANGER | $ | $ |
| 000230 | CHRIS AND TRACEY BLANCH | $ | $ |
| 000231 | STEVEN R MORRIS | $ | $ |
| 000232 | JOHN ROHAN | $ | $ |
| 000234 | HENRI NURMINEN | $ | $ |
| 000235 | ARROW GROUP | $ | $ |
| 000236 | R D TRUST | $ | $ |
| 000237 | RAY WALLENTHIN | $ | $ |
| 000238 | JAMES M SECHRIEST | $ | $ |
| 000239 | DONNA LEE WALLENTHIN | $ | $ |
| 000240 | ARROW GROUP | $ | $ |
| 000241 | JOHN L BERG II | $ | $ |
| 000242 | AMITABH PRAKASH MD | $ | $ |
| 000243 | ARTHUR AFLIECO | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000244 | JAMES IAN THOMAS | $ | $ |
| 000245 | JOSEPH DEAN SANTINI | $ | $ |
| 000246 | ANNA DI LELLO | $ | $ |
| 000247 | PETER MORREALE | $ | $ |
| 000248 | IOLE D AGOSTINO | $ | $ |
| 000249 | LUCY MICUCCI AND ROBERT MICUCCI | $ | $ |
| 000250 | ALAN SUSANA SCHWARTZ | $ | $ |
| 000251 | DONALD R PROCTOR | $ | $ |
| 000252 | BARBARA V CHRISTENSEN | $ | $ |
| 000253 | SOPHIA C STRATIS | $ | $ |
| 000254 | THALES L SAVAS | $ | $ |
| 000255 | SOPHIA SAVAS | $ | $ |
| 000256 | ILANA SAVAS | $ | $ |
| 000257 | CHARLES R SCHMIDT | $ | $ |
| 000258 | MAITIU RICHARDS | $ | $ |
| 000259 | ROBERT E FRANK | $ | $ |
| 000260 | IRENE SPANOLIOS | $ | $ |
| 000261 | SIMONE GALILI | $ | $ |
| 000262 | PETER MANNO AND MARY MANNO | $ | $ |
| 000263 | LEON F BRADY JR | $ | $ |
| 000264 | TARA HAYWARD | $ | $ |
| 000265 | FRANK E CITRIN | $ | $ |
| 000266 | GRETCHEN MI GAL | $ | $ |
| 000267 | GRETCHEN MI GAL | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000268 | DAVID T RANK AND PATRICIA M RANK | $ | $ |
| 000269 | JIMMIE JOHNSON | $ | $ |
| 000270 | STEPHEN RAKOWER | $ | $ |
| 000271 | JANET PRESTE | $ | $ |
| 000272 | JOE A SILUAN | $ | $ |
| 000273 | ROBERT J CATHER | $ | $ |
| 000274 | JILL R MYERS | $ | $ |
| 000275 | KEITH ROSENTHAL | $ | $ |
| 000276 | MARIE ANN NICHOLSON | $ | $ |
| 000277 | JAMES D PANEHAL | $ | $ |
| 000278 | HELEN S RIDDLE | $ | $ |
| 000279 | MICHAEL PIEKARZ AND DEBRA SAMUELS | $ | $ |
| 000280 | MARILYN WEINSTEIN | $ | $ |
| 000281 | JEFFREY A PANEHAL | $ | $ |
| 000282 | GERALDINE SHEPARD | $ | $ |
| 000283 | BLANCA ACEVEDO | $ | $ |
| 000285 | ANTHONY TRIANO | $ | $ |
| 000286 | STEVEN WEINSTEIN | $ | $ |
| 000287 | BERNADETTE HAMMOND | $ | $ |
| 000288 | MICHAEL CROSBY AND TERRI CROSBY | $ | $ |
| 000289 | DUVAL LOVE | $ | $ |
| 000290 | MARK A CYMERINT | $ | $ |
| 000291 | MARK A CYMERINT | $ | $ |
| 000293 | JULIETTA RANDALL SIPPRELLE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000294 | MARTIN S TAMAREN | $ | $ |
| 000295 | AMIR M HOJREH | $ | $ |
| 000296 | JAMES KARAS | $ | $ |
| 000297 | KEVIN P CONKLIN | $ | $ |
| 000298 | WILLIAM S HARAZIM | $ | $ |
| 000299 | EVANGELIA KELESIDIS | $ | $ |
| 000300 | MARK JOSEPH FISCHER | $ | $ |
| 000301 | EDWARD J KALEFF JR | $ | $ |
| 000303 | JOSEPH FASCIANO | $ | $ |
| 000304 | TINA BUTLER | $ | $ |
| 000305 | STANLEY R POULSEN | $ | $ |
| 000306 | BRENT LUND | $ | $ |
| 000307 | GIANNA M SCARPELLI | $ | $ |
| 000309 | JAMES A PANEHAL | $ | $ |
| 000310 | SOPHIE AND KRISTOPHER HAULOTTE | $ | $ |
| 000311 | GARRET J ANDERSEN | $ | $ |
| 000312 | PAUL ANDREW CARNEY | $ | $ |
| 000313A | EMPLOYMENT DEVELOPMENT DEPT | $ | $ |
| 000314 | JOHN M RONAN | $ | $ |
| 000315 | RODRIGO CABANAS | $ | $ |
| 000317 | MARY MARGARET HECHTLINGER | $ | $ |
| 000318 | EMIL F & MIRIAM DEPASQUALE | $ | $ |
| 000319 | STEVE GALLEGOS | $ | $ |
| 000320 | MINT CONDITION | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000321 | JAMES F KORDIC | $ | $ |
| 000322 | SCHICK MOVING & STORAGE CO | $ | $ |
| 000323 | CHIFOO DAVID YUE | $ | $ |
| 000324 | DOUG BAER | $ | $ |
| 000325 | DREW WALDMAN | $ | $ |
| 000326 | ROBERT CARON | $ | $ |
| 000327 | KAREN MOCKRIN | $ | $ |
| 000328 | COSTA BOSTINELOS | $ | $ |
| 000329 | BRYAN A SIMS | $ | $ |
| 000330 | LESLEY LEE NOLEN | $ | $ |
| 000331 | DAVID L PEARCE | $ | $ |
| 000332 | MARNA W VAN HORN | $ | $ |
| 000333 | SOPHIE BITETZAKIS | $ | $ |
| 000334 | DEANA & MARC GONZALES | $ | $ |
| 000335 | GORDON & CAROLE HICKS | $ | $ |
| 000336 | SUSAN M HOWARD | $ | $ |
| 000337 | DONALD R & LILLIAN S HUGHES | $ | $ |
| 000338 | ANTHONY & LOIS ZAKOLSKI | $ | $ |
| 000339 | GUISEPPE BUTTARO | $ | $ |
| 000340 | FANG KUO MEI JUNG | $ | $ |
| 000341 | SAUL TAMAREN | $ | $ |
| 000342 | KEVIN MOCKRIN | $ | $ |
| 000343 | LYDIA CRUZ | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000344 | MICHAEL A SMITH | $ | $ |
| 000345 | MICHAEL A SMITH | $ | $ |
| 000346 | MARLENE C SMITH | $ | $ |
| 000347 | MARLENE C SMITH | $ | $ |
| 000348 | MARK HAMMOND | $ | $ |
| 000349 | DAVID L PETERSEN | $ | $ |
| 000350 | JULIA LOPEZ | $ | $ |
| 000351 | DIANA R MIDLAND | $ | $ |
| 000352 | ROBERT JASSO | $ | $ |
| 000353 | DAVID CHO | $ | $ |
| 000354 | CINDY MAGURES | $ | $ |
| 000355 | MICHAEL V ROBINSON | $ | $ |
| 000356 | NANCY B TOLER | $ | $ |
| 000357 | OLGA CIEMNIECKI | $ | $ |
| 000358 | OLGA CIEMNIECKI | $ | $ |
| 000359 | RICK & LYNETTE MORRIS | $ | $ |
| 000360 | GEORGE McCLELLAND | $ | $ |
| 000361 | MARY CHUMA | $ | $ |
| 000362 | CLARENCE G ALBERTSON | $ | $ |
| 000363 | MERCEDES IRENE MANNO | $ | $ |
| 000364 | MARIE LIGHTNER | $ | $ |
| 000365 | HOWARD RIPY | $ | $ |
| 000366 | WILLIAM H MURRAY | $ | $ |
| 000367 | BRIAN TUNNELLE | $ | $ |
| 000368 | GEORGE BOSTINELOS | $ | $ |
| 000369 | ALIDA J DELPONTE | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000370 | DEBORAH L CHUMA RIORDAN | $ | $ |
| 000371 | WILLIAM J KWIATKOOJSKI | $ | $ |
| 000372 | JAMES SAMUEL MELLOS | $ | $ |
| 000373 | BRIAN STRACKE | $ | $ |
| 000374 | LEE D MOCKRIN | $ | $ |
| 000375 | MIGUEL ANGEL GONZALEZ | $ | $ |
| 000377 | SOUTHERN CALIFORNIA EDISON COMPANY | $ | $ |
| 000378 | SOUTHERN CALIFORNIA EDISON COMPANY | $ | $ |
| 000379 | JEANNE H CHAU | $ | $ |
| 000380 | ALICE JARMINISKI | $ | $ |
| 000381 | MARK BARONE | $ | $ |
| 000382 | DENIS P KARP | $ | $ |
| 000386 | CRAIG JACKSON | $ | $ |
| 000388 | WILLIAM C TATTAN ESQ | $ | $ |
| 000389 | EUGENIA GECEWICZ | $ | $ |
| 000390 | DICKERSON, ERIC | $ | $ |
| 000391 | PAUL & TRACIE ZEBRO | $ | $ |
| 000392 | EILEEN GOODRICH | $ | $ |
| 000394 | ANDREW GRIMES | $ | $ |
| 000397 | BRIAN P. ZEBRO, MINOR | $ | $ |
| 000398 | DYLAN P ZEBRO, MINOR | $ | $ |
| 000399 | NANCY B TOLER | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000400 | PAUL F ZEBRO AND TRACIE L ZEBRO | $ | $ |
| 000401 | REGINA N. HARRIS | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $        .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at _____ on _____ in Courtroom ____, United States Courthouse

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:_____    By:/s/THOMAS H. CASEY_____
                                                           Trustee

*THOMAS H. CASEY*
*22342 AVENIDA EMPRESA, SUITE #260, RNCH SANTA MARGARITA, CA 92688*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.