```
FILED
DEC 02 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk
```

Thomas H. Casey - Bar No. 138264
c/o **LAW OFFICES OF THOMAS H. CASEY**
A Professional Corporation
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone  (949) 766-8787
Facsimile   (949) 766-9896
TomCasey@tomcaseylaw.com

Chapter 7 Bankruptcy Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DFJ ITALIA, LTD.,<br><br>            Debtor(s). | Case No. 8:00-bk-12295-RK<br><br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDEND(S) [FRBP 3011]**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 1451 in the sum of $745,494.23 representing the total amount of unclaimed dividends in the above-entitled Debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to 11 USC §347(a). A list of the names, addresses, and amounts to be paid to each person entitled to said unclaimed dividend is attached.

DATED: December 1, 2009

                                                                                Thomas H. Casey, Trustee

S:\WPperfect\Trustee\DFJ Italia\Pleadings\unclaimed funds.report.frm

Date: 11/30/09          Page: 1
Trustee: 222300

## STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 00-12295 | DFJ ITALIA, LTD. | TOM STEVENS<br>TRI-STATE RESTORATIONS<br>1801 VIA BURTON<br>FULLERTON, CA 92831 | 3758289109 | 08/21/09 | 1073 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | GUITRON RICARDO<br>1099 E MONTICELLO CIRCLE<br>FRESNO, CA 93720 | 3758289109 | 08/21/09 | 1077 | 1,103.80 |
| 00-12295 | DFJ ITALIA, LTD. | SAEED MATHEW KHATIBLOO<br>1748 N HALE AVE<br>FULLERTON, CA 92631 | 3758289109 | 08/21/09 | 1078 | 10,914.60 |
| 00-12295 | DFJ ITALIA, LTD. | MICHAEL P MOSEED<br>400 COLTON ST<br>NEWPORT BEACH, CA 92663 | 3758289109 | 08/21/09 | 1082 | 1,103.80 |
| 00-12295 | DFJ ITALIA, LTD. | MICHAEL J FRANZOIA<br>355 5TH STREET SUITE 208<br>ELKO, NV 89801 | 3758289109 | 08/21/09 | 1083 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | RONALD ATWATER<br>319 BOWLINE CT<br>SEVERNA PARK, MD 21146 | 3758289109 | 08/21/09 | 1086 | 7,726.60 |
| 00-12295 | DFJ ITALIA, LTD. | KIRK LEBOWE<br>1147 MANHATTAN AVE #78<br>MANHATTAN BEACH, CA 90266 | 3758289109 | 08/21/09 | 1092 | 5,505.44 |
| 00-12295 | DFJ ITALIA, LTD. | ALICE COAKLEY<br>22558 COUNTRY VIEW DRIVE<br>SAN JOSE, CA 95120 | 3758289109 | 08/21/09 | 1100 | 22,076.01 |
| 00-12295 | DFJ ITALIA, LTD. | TOM BEUKERLE<br>758 MOSAIC CIRCLE<br>OCEANSIDE, CA 92057 | 3758289109 | 08/21/09 | 1102 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | STEPHEN PLUTSKY<br>2336 20TH ST #1<br>SANTA MONICA, CA 90405 | 3758289109 | 08/21/09 | 1110 | 1,640.19 |
| 00-12295 | DFJ ITALIA, LTD. | BRIAN AIRTH<br>20371 IRVINE AVE SUITE 170<br>SANTA ANA, CA 92707 | 3758289109 | 08/21/09 | 1135 | 13,300.79 |
| 00-12295 | DFJ ITALIA, LTD. | STEPHEN N HOLM<br>7827 MAGNOLIA AVE<br>FAIR OAKS, CA 95628 | 3758289109 | 08/21/09 | 1136 | 7,294.85 |
| 00-12295 | DFJ ITALIA, LTD. | JESSE BAGLEY | 3758289109 | 08/21/09 | 1137 | 6,882.20 |

STALECHK      Printed: 11/30/09 09:07 AM      Ver. 15.02

Date: 11/30/09
Trustee: 222300

Page: 2

# STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 00-12295 | DFJ ITALIA, LTD. | 20371 IRVINE AVE STE 170<br>SANTA ANA, CA 92707 | 3758289109 | | | |
| 00-12295 | DFJ ITALIA, LTD. | APRIL FAWCETT<br>801 LAS LOMAS AVE #11<br>PACIFIC PALISAD, CA 90272 | 3758289109 | 08/21/09 | 1142 | 3,210.89 |
| 00-12295 | DFJ ITALIA, LTD. | FERNANDO VARGAS<br>1823 KNOLL DRIVE<br>VENTURA, CA 93003 | 3758289109 | 08/21/09 | 1149 | 1,103.80 |
| 00-12295 | DFJ ITALIA, LTD. | MAX HOSKINS<br>13091 SOLINA<br>TUSTIN, CA 92782 | 3758289109 | 08/21/09 | 1171 | 11,248.41 |
| 00-12295 | DFJ ITALIA, LTD. | MONIQUE T BACK<br>MRS MONIQUE BACK<br>107 FREMONT PLACE WEST<br>LOS ANGELES, CA 90005 | 3758289109 | 08/21/09 | 1173 | 1,302.48 |
| 00-12295 | DFJ ITALIA, LTD. | MARJORIE ELLIS<br>424 1/2 HELIOTROPE AVENUE<br>CORONA DEL MAR, CA 92625 | 3758289109 | 08/21/09 | 1174 | 1,170.91 |
| 00-12295 | DFJ ITALIA, LTD. | EUGENE B GLOSMAN<br>5953 LAUREL CYN BLVD SUITE A<br>N HOLLYWOOD, CA 91607 | 3758289109 | 08/21/09 | 1176 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | BORIS WEISS<br>5953 LAUREL CYN BLVD SUITE A<br>N HOLLYWOOD, CA 91607 | 3758289109 | 08/21/09 | 1179 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | A H PARTNERSHIP<br>23272 MILL CREEK DRIVE SUITE 340<br>LAGUNA HILLS, CA 92653 | 3758289109 | 08/21/09 | 1180 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | KATHLEEN S JOHNSON<br>24232 ANKERTON DRIVE<br>LAKE FOREST, CA 92630 | 3758289109 | 08/21/09 | 1181 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | DOROTHY E TRUMBLE<br>24242 ANKERTON DRIVE<br>LAKE FOREST, CA 92630 | 3758289109 | 08/21/09 | 1182 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | ANDREW LIN<br>22501 BIRCHCREST<br>MISSION VIEJO, CA 92692 | 3758289109 | 08/21/09 | 1183 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | CANDICE LIN<br>C/O ALLEN LIN | 3758289109 | 08/21/09 | 1184 | 2,207.60 |

STALECHK    Printed: 11/30/09 09:07 AM    Ver: 15.02

Date: 11/30/09  
Trustee: 222300

Page: 3

# STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 00-12295 | DFJ ITALIA, LTD. | 22501 BIRCHCREST<br>MISSION VIEJO, CA 92692 | | | | |
| 00-12295 | DFJ ITALIA, LTD. | ANDREW LIN<br>22501 BIRCHCREST<br>MISSION VIEJO, CA 92692 | 3758289109 | 08/21/09 | 1185 | 2,671.20 |
| 00-12295 | DFJ ITALIA, LTD. | ALLEN & JOSEPHINE LIN<br>22501 BIRCHCREST<br>MISSION VIEJO, CA 92692 | 3758289109 | 08/21/09 | 1186 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | CHARLES S DANNELLY II<br>758 S PLYMOUTH BLVD #6<br>LOS ANGELES, CA 90005 | 3758289109 | 08/21/09 | 1188 | 1,208.77 |
| 00-12295 | DFJ ITALIA, LTD. | BRAD A STRACKE<br>BRADLEY AND TAMMY STRACKE<br>#1 CEDAR CROFT<br>OTTUMWA, IA 52501 | 3758289109 | 08/21/09 | 1192 | 4,623.19 |
| 00-12295 | DFJ ITALIA, LTD. | RICHARD KEENAN<br>23472 CAMINITO JUANICO<br>LAGUNA HILLS, CA 92653 | 3758289109 | 08/21/09 | 1194 | 9,092.67 |
| 00-12295 | DFJ ITALIA, LTD. | BARBARA A DEJOHN<br>10020 HODGEN RD<br>COLORADO SPRING, CO 80905 | 3758289109 | 08/21/09 | 1202 | 1,324.56 |
| 00-12295 | DFJ ITALIA, LTD. | KENNETH A KENDALL<br>14811 CALVERT ST<br>VAN NUYS, CA 91411 | 3758289109 | 08/21/09 | 1206 | 1,103.80 |
| 00-12295 | DFJ ITALIA, LTD. | JILL M HARPER<br>88 VIA LAMPARA<br>RANCHO SANTA MA, CA 92688 | 3758289109 | 08/21/09 | 1218 | 19,214.46 |
| 00-12295 | DFJ ITALIA, LTD. | DOMENICK CAPORUSSO<br>400 ALVERSON AVE<br>STATEN ISLAND, NY 10309 | 3758289109 | 08/21/09 | 1220 | 1,427.88 |
| 00-12295 | DFJ ITALIA, LTD. | JORDANA TRAUB<br>551 N KINGS RD #7<br>WEST HOLLYWOOD, CA 90048 | 3758289109 | 08/21/09 | 1221 | 24,283.61 |
| 00-12295 | DFJ ITALIA, LTD. | THE GRIFFIN GROUP<br>KAIN JOHNSON<br>92 CORPORATE PARK #C204<br>IRVINE, CA 92604 | 3758289109 | 08/21/09 | 1234 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | TOM & TONYA PINKOWSKI | 3758289109 | 08/21/09 | 1236 | 66,228.02 |

STALECHK  
Printed: 11/30/09 09:07 AM    Ver: 15.02

Date: 11/30/09
Trustee: 222300

Page: 4

# STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 00-12295 | DFJ ITALIA, LTD. | 9171 AUBREY CIRCLE<br>VILLA PARK, CA 92861<br>ROBERT KOHLMANN<br>3208 MARCUS AVENUE<br>NEWPORT BEACH, CA 92663 | 3758289109 | 08/21/09 | 1245 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | CANDACE CHENG<br>1309 BEAUDRY BLVD<br>GLENDALE, CA 91208 | 3758289109 | 08/21/09 | 1246 | 1,368.71 |
| 00-12295 | DFJ ITALIA, LTD. | GIL L WARD<br>2443 RUE DE CANNES<br>COSTA MESA, CA 92627 | 3758289109 | 08/21/09 | 1253 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | TED DEMOND<br>112 E OCEANFRONT<br>NEWPORT BEACH, CA 92661 | 3758289109 | 08/21/09 | 1258 | 3,090.64 |
| 00-12295 | DFJ ITALIA, LTD. | BRENDA J RAUB<br>25206 VIA LAS PALMAS<br>LAGUNA NIGUEL, CA 92677 | 3758289109 | 08/21/09 | 1259 | 1,288.95 |
| 00-12295 | DFJ ITALIA, LTD. | DTF GROTSIGK FAMILY LTD PARTNERSHIP<br>625 N MAIN STREET<br>ORANGE, CA 92868-1103 | 3758289109 | 08/21/09 | 1264 | 8,830.40 |
| 00-12295 | DFJ ITALIA, LTD. | FRED GRATSIGK AND IRENE GRATSIGK<br>625 N MAIN ST<br>ORANGE, CA 92868 | 3758289109 | 08/21/09 | 1267 | 2,207.60 |
| 00-12295 | DFJ ITALIA, LTD. | PETER J PANTAZES<br>C/O COPENBARGER & ASSOC.<br>3 HUTTON CENTRE DRIVE, STE. 810<br>SANTA ANA, CA 92707 | 3758289109 | 08/21/09 | 1270 | 86,302.66 |
| 00-12295 | DFJ ITALIA, LTD. | HENRI NURMINEN<br>27702 BAHAMONVE<br>MISSION VIEJO, CA 92692 | 3758289109 | 08/21/09 | 1281 | 1,232.28 |
| 00-12295 | DFJ ITALIA, LTD. | JAMES IAN THOMAS<br>1478 ROCKWELL RD<br>ABINGTON, PA 19001 | 3758289109 | 08/21/09 | 1291 | 4,724.27 |
| 00-12295 | DFJ ITALIA, LTD. | JOSEPH DEAN SANTINI<br>16811 GREEN ST A<br>HUNTINGTON BEAC, CA 92649 | 3758289109 | 08/21/09 | 1292 | 6,725.16 |
| 00-12295 | DFJ ITALIA, LTD. | DONALD R PROCTOR<br>PO BOX 381074 | 3758289109 | 08/21/09 | 1298 | 13,355.98 |

STALECHK    Printed: 11/30/09 09:07 AM    Ver. 15.02

Date: 11/30/09 — Page: 5
Trustee: 222300

# STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 00-12295 | DFJ ITALIA, LTD. | BIRMINGHAM, AL 35238 | | | | |
| 00-12295 | DFJ ITALIA, LTD. | MAITIU RICHARDS<br>440 AUGUSTA AVE<br>ANAHEIM, CA 92807 | 3758289109 | 08/21/09 | 1305 | 5,077.48 |
| 00-12295 | DFJ ITALIA, LTD. | ROBERT E FRANK<br>203 SOUTH JUANITA AVE<br>REDONDO BEACH, CA 90277 | 3758289109 | 08/21/09 | 1306 | 13,576.43 |
| 00-12295 | DFJ ITALIA, LTD. | LEON F BRADY JR<br>PO BOX 391<br>SEMMES, AL 36575 | 3758289109 | 08/21/09 | 1310 | 16,557.00 |
| 00-12295 | DFJ ITALIA, LTD. | JANET PRESTE<br>25206 VIA LAS PALMAS<br>LAGUNA NIGUEL, CA 92677 | 3758289109 | 08/21/09 | 1318 | 2,486.12 |
| 00-12295 | DFJ ITALIA, LTD. | ROBERT J CATHER<br>PO BOX 1405<br>FAIR OAKS, CA 95628 | 3758289109 | 08/21/09 | 1320 | 3,170.11 |
| 00-12295 | DFJ ITALIA, LTD. | GERALDINE SHEPARD<br>1379 MORRIS AVENUE<br>UNION, NJ 07083 | 3758289109 | 08/21/09 | 1329 | 1,194.79 |
| 00-12295 | DFJ ITALIA, LTD. | BERNADETTE HAMMOND<br>1379 MORRIS AVENUE<br>UNION, NJ 07083 | 3758289109 | 08/21/09 | 1333 | 1,103.80 |
| 00-12295 | DFJ ITALIA, LTD. | MARTIN S TAMAREN<br>25225 CABOT RD STE 214<br>LAGUNA HILLS, CA 92653 | 3758289109 | 08/21/09 | 1339 | 39,736.81 |
| 00-12295 | DFJ ITALIA, LTD. | AMIR M HOJREH<br>4 LA FLORA<br>IRVINE, CA 92614-5309 | 3758289109 | 08/21/09 | 1340 | 8,013.59 |
| 00-12295 | DFJ ITALIA, LTD. | KEVIN P CONKLIN<br>316 11TH PLACE<br>MANHATTAN BEACH, CA 90266 | 3758289109 | 08/21/09 | 1342 | 3,169.22 |
| 00-12295 | DFJ ITALIA, LTD. | EDWARD J KALEFF JR<br>1420 N CLAREMONT BLVD 205<br>CLAREMONT, CA 91711 | 3758289109 | 08/21/09 | 1346 | 16,211.75 |
| 00-12295 | DFJ ITALIA, LTD. | TINA BUTLER<br>1212 CHARMAST LN<br>LAS VEGAS, NV 89102 | 3758289109 | 08/21/09 | 1348 | 5,342.39 |
| 00-12295 | DFJ ITALIA, LTD. | SOPHIE AND KRISTOPHER HAULOTTE | 3758289109 | 08/21/09 | 1353 | 11,038.01 |

STALECHK    Printed: 11/30/09 09:07 AM    Ver: 15.02

Date: 11/30/09
Trustee: 223300

Page: 6

## STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 00-12295 | DFJ ITALIA, LTD. | C/O D BRUCE KRATZ<br>1061 E INDIANTOWN ROAD<br>JUPITER, FL 33477 | 3758289109 | 08/21/09 | 1358 | 1,103.80 |
| 00-12295 | DFJ ITALIA, LTD. | RODRIGO CABANAS<br>860 W 19TH STREET<br>COSTA MESA CA 92627 | 3758289109 | 08/21/09 | 1361 | 444.75 |
| 00-12295 | DFJ ITALIA, LTD. | STEVE GALLEGOS<br>6050 TROTH ST<br>MIRA LOMA, CA 91742 | 3758289109 | 08/21/09 | 1374 | 1,345.53 |
| 00-12295 | DFJ ITALIA, LTD. | MARNA W VAN HORN<br>255 N EL CIELO #105<br>PALM SPRINGS, CA 92262 | 3758289109 | 08/21/09 | 1383 | 1,545.32 |
| 00-12295 | DFJ ITALIA, LTD. | SAUL TAMAREN<br>14902 ENCHANTED CASTLE<br>SAN ANTONIO, TX 78247 | 3758289109 | 08/21/09 | 1385 | 16,557.00 |
| 00-12295 | DFJ ITALIA, LTD. | LYDIA CRUZ<br>PO BOX 969<br>APPLE VALLEY, CA 92307 | 3758289109 | 08/21/09 | 1390 | 1,345.53 |
| 00-12295 | DFJ ITALIA, LTD. | MARK HAMMOND<br>206 CYPRESS LANE<br>EAST BRUNSWICK, NJ 08816 | 3758289109 | 08/21/09 | 1397 | 2,428.36 |
| 00-12295 | DFJ ITALIA, LTD. | MICHAEL V ROBINSON<br>23 SIOUX AVE<br>LAKE HIAWATHA, NJ 07034 | 3758289109 | 08/21/09 | 1404 | 19,550.51 |
| 00-12295 | DFJ ITALIA, LTD. | CLARENCE G ALBERTSON<br>C/O TODD ALBERTSON<br>PO BOX 24005<br>LOS ANGLES, CA 90024 | 3758289109 | 08/21/09 | 1406 | 1,335.60 |
| 00-12295 | DFJ ITALIA, LTD. | MARIE LIGHTNER<br>25 RIEDER RD<br>EDISON, NJ 08817-2804 | 3758289109 | 08/21/09 | 1407 | 3,280.38 |
| 00-12295 | DFJ ITALIA, LTD. | HOWARD RIPY<br>5726 W IVANHOE ST<br>CHANDLER, AZ 85226 | 3758289109 | 08/21/09 | 1409 | 1,335.60 |
| 00-12295 | DFJ ITALIA, LTD. | BRIAN TUNNELLE<br>1300 ADAMS AVE 19B<br>COSTA MESA, CA 92626<br>JAMES SAMUEL MELLOS | 3758289109 | 08/21/09 | 1414 | 10,685.82 |

STALECIK

Printed: 11/30/09 09:07 AM    Ver: 15.02

Date: 11/30/09
Trustee: 222300

Page: 7

## STALE DATED CHECKS

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| | | 131 E 1ST AVE #504<br>SALT LAKE CITY, UT 84103 | | | | |
| 00-12295 | DFJ ITALIA, LTD. | BRIAN STRACKE<br>3208 MARCUS AVE<br>NEWPORT BEACH, CA 92663 | 3758289109 | 08/21/09 | 1415 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | MIGUEL ANGEL GONZALEZ<br>TARAS KICK ESQ<br>THE KICK LAW FIRM APC<br>660 S FIGUEROA ST STE 1800<br>LOS ANGELES, CA 90017 | 3758289109 | 08/21/09 | 1417 | 125,833.23 |
| 00-12295 | DFJ ITALIA, LTD. | MARK BARONE<br>190 ADMIRAL WAY<br>COSTA MESA, CA 92677 | 3758289109 | 08/21/09 | 1422 | 3,284.91 |
| 00-12295 | DFJ ITALIA, LTD. | DENIS P KARP<br>27593 PASEO SONATA<br>SAN JUAN CAPISTRANO, CA 92675-5353 | 3758289109 | 08/21/09 | 1423 | 4,415.20 |
| 00-12295 | DFJ ITALIA, LTD. | CRAIG JACKSON<br>23621 LA PALMA AVE STE H-101<br>YORBA LINDA CA 92887 | 3758289109 | 08/21/09 | 1424 | 22,076.01 |
| | | | | | | 745,494.23 |

| | | BANK OF AMERICA, N.A. | CHECK NUMBER |
|---|---|---|---|
| UNCLAIMED DIVIDENDS | | CUSTOMER CONNECTION | |
| TURNOVER OF FUNDS FOR CHECKS | THOMAS H. CASEY, BAR #138264 | 32-1/1110 TX | 1451 |
| ISSUED BY ESTATE ON 8/21/09 BUT HAVE | 22342 AVENIDA EMPRESA | 0 | |
| NOT BEEN NEGOTIATED BY PAYEES | SUITE #260 | DATE | AMOUNT |
| [STALE DATED] | RANCHO SANTA MARGARITA, CA 92688 | 12/01/09 | *****745,494.23 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 00-12295    RK    Debtor: DFJ ITALIA, LTD. | |

**1764470**
PAY TO THE ORDER OF

U S BANKRUPTCY COURT
411 W FOURTH STREET
SANTA ANA CA 92701

*Seven Hundred Forty Five Thousand Four Hundred Ninety Four Dollars And 23/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈⑆001451⑈⑆ ⑆⑈111000012⑈⑆ 3758289109⑈⑆