ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Barbara A. DeJohn (Party)<br>7215 W. Cholla St<br>Peoria AZ 85345<br>(623) 215-4702 | RECEIVED<br>DEC 28 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:        Deputy Clerk | FILED<br>DEC 21 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:        Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DFJ Italia, LTD. | CASE NUMBER 8:00-bk-12295-RK |
|---|---|
| | HEARING DATE: |
| | TIME: |
| Debtor. | PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,324.56 _____ which is the sum of all monies deposited with the court on the following date(s) December 2, 2009 _____
on behalf of the creditor Barbara A. DeJohn _____ on claim number(s) 151 _____

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*  **F 3011-1**

| In re DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Barbara A. DeJohn

   7215 W. Cholla St

   Peoria AZ 85345

   (623) 215-4702

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   I moved from 10020 Hodgen Rd, Colorado Spgs CO 80908 in June of 2003. Although I updated my address with both the court and the attorney's firm handling this case, the settlement check issued to me was sent to my previous address in Colorado. It was returned and turned over to the Bankruptcy Court. Therefore, I never received my settlement check. I am now residing at 7215 W. Cholla St Peoria AZ 85345. My phone number is (623) 215-4702. I would like to have my settlement check sent to me at my current address as I have never received it.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*   **F 3011-1**

| In re DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

*[signature]*

_____
Creditor

(Corporate Seal

if applicable)

Barbara A. DeJohn
*Type or Print Creditor's Name*

Creditor's Address

7215 W. Cholla St

Peoria AZ 85345

STATE OF ~~CALIFORNIA~~ ARIZONA, COUNTY OF MARICOPA

On 12/16/09 _____ before me, personally appeared *(insert name and title of the signer)*
BARBARA A. DEJOHN

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*[signature]*
_____
Notary Public

(SEAL)

My commission expires on June 17, 2013

JOYCE E JENKINS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Comm. Exp.: June 17, 2013

---

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

| Motion for Order Releasing Unclaimed Funds - *Page 4* | **F 3011-1** |
|---|---|
| In re DFJ Italia, LTD. | CHAPTER 7 |
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
**Address**

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

Motion for Order Releasing Unclaimed Funds - *Page 5*  **F 3011-1**

| In re DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Mailed to:  US Bankruptcy Court
            Attn: Fiscal Unit
            255 E. Temple St
            Los Angeles Ca 90012

Mailed from:  Barbara A. DeJohn
              7215 W. Cholla St
              Peoria AZ 85345

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Thomas H. Casey, Inc

22342 Avenida Empressa Ste 260

Rancho Santa Margarita CA 92688

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

16 DEC 09
**Date**

Signature

Barbara A. DeJohn
*Type or Print Name*

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

To Whom It May Concern,                    December 16, 2009

    Enclosed is a Motion For Order Releasing Unclaimed Funds. I hope I completed this form correctly. I am requesting $1,324.56 entitled to me that is being held in Unclaimed Funds.

    In 2003, I moved from my previous address: 10020 Hodgen Rd, Colo Spgs CO 80908. I now reside at 7215 W. Cholla St Peoria AZ 85345. During this time frame, the case of DFJ Italia, LTD was settled in court. Although I made every attempt to keep my new address updated, it seems that did not occur.

    On December 1, 2009, I was notified through a third party that the case was settled and that a check for $1,326.56 was issued to me. However, the check was sent to my previous address in Colorado. The check was never forwarded to me, thus it was returned and deposited in the bankruptcy court.

    I would appreciate the check being reissued and sent to my current address. Enclosed is the motion I was instructed to complete to begin this process. If I am lacking any information in this motion, I would appreciate a response so I can correct and complete the motion.

    I was also informed by the Thomas H Casey law firm that Thomas H. Casey was the Trustee appointed in the case, so I have listed him and his address on the service page.

    Again, I would appreciate a response to my motion and any assistance to complete this motion and process to have my claim sent to me. Thank you.

Sincerely,

*(signature)*

Barbara A. DeJohn
7215 W. Cholla St
Peoria AZ 85345
(633) 215-4702