**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
JAN -6 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

ENTERED
JAN 6 2010
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

In re                )   Bk. No. SA00-12295RK
   DFJ Italia, Ltd.    )
                     )
                     )   ORDER DENYING REQUEST FOR
                     )   RELEASE OF UNCLAIMED FUNDS
                     )   (28 U.S.C. Section 2042,
Debtor (s)           )   Bankruptcy Rule 9013,
                     )   Bankruptcy Local Rule 3011-1)

On December 21, 2009, Brian Airth filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____  1.  A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____  2.  Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____  3.  The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____  4.  The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____  5.  The corporate seal is not stamped on the motion &/or power of attorney.

| | | |
|---|---|---|
| _____ | 6. | The name on the corporate seal does not match the name listed on the claim. |
| _____ | 7. | An original power of attorney was not submitted. |
| _____ | 8. | The Proof of Service has not been completed. |
| X | 9. | The Proof of Service is incomplete. The following is missing: The motion does not list the United States Attorney, United States Trustee the trustee & the debtor as having been noticed. |
| _____ | 10. | There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed. |
| _____ | 11. | There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor. |
| _____ | 12. | The documents supporting the claim have not been certified. |
| _____ | 13. | Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case. |
| _____ | 14. | Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee. |
| _____ | 15. | Fund locator submitting this claim has failed to register with this court. |
| X | 16. | No proof of identification provided (driver's license/passport). |
| _____ | 17. | Other: |

_/s/ [signature]_             1/6/10

Hon. Robert Kwan
United States Bankruptcy Judge      Date
JUST - REV