**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
JAN -6 2010
BANKRUPTCY COURT
DISTRICT OF CALIFORNIA
By _____ Deputy Clerk

ENTERED
JAN  6 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

| | |
|---|---|
| In re<br>    DFJ Italia, Ltd.<br><br><br><br>Debtor (s) | Bk. No. SA00-12295RK<br><br>ORDER DENYING REQUEST FOR<br>RELEASE OF UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042,<br>Bankruptcy Rule 9013,<br>Bankruptcy Local Rule 3011-1) |

On December 21, 2009, Rodrigo Cabanas filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____  1.  A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____  2.  Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____  3.  The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____  4.  The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____  5.  The corporate seal is not stamped on the motion &/or power of attorney.

_____ 6. The name on the corporate seal does not match the name listed on the claim.

_____ 7. An original power of attorney was not submitted.

_____ 8. The Proof of Service has not been completed.

__✓__ 9. The Proof of Service is incomplete. The following is missing:

The motion does not list the United States Attorney, United States Trustee & the debtor as having been noticed.

_____ 10. There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____ 11. There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____ 12. The documents supporting the claim have not been certified.

_____ 13. Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____ 14. Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____ 15. Fund locator submitting this claim has failed to register with this court.

__X__ 16. No proof of identification provided (driver's license/passport).

_____ 17. Other:

_/s/ [signature]_                    1/6/10

Hon. Robert Kwan
United States Bankruptcy Judge                   Date
JUST - REV