**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED JAN -6 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

ENTERED JAN 6 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

| | |
|---|---|
| In re<br>　　DFJ Italia, Ltd.<br><br><br>　　Debtor (s) | Bk. No. SA00-12295RK<br><br>ORDER DENYING REQUEST FOR<br>RELEASE OF UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042,<br>Bankruptcy Rule 9013,<br>Bankruptcy Local Rule 3011-1) |

On December 23, 2009, Marna W. Van Horn filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

_____    6.    The name on the corporate seal does not match the name listed on the claim.

_____    7.    An original power of attorney was not submitted.

_____    8.    The Proof of Service has not been completed.

__X__    9.    The Proof of Service is incomplete. The following is missing:

The motion does not list the United States Attorney, United States Trustee & the Debtor as having been noticed.

_____    10.    There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____    11.    There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____    12.    The documents supporting the claim have not been certified.

_____    13.    Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____    14.    Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____    15.    Fund locator submitting this claim has failed to register with this court.

__X__    16.    No proof of identification provided (driver's license/passport).

_____    17.    Other:

_____        1/6/10
Hon. Robert Kwan
United States Bankruptcy Judge            Date
JUST - REV