**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED JAN -6 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk

ENTERED JAN 12 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk

In re                           )   Bk. No. SA00-12295RK
    DFJ Italia, Ltd.           )
                                )
                                )   ORDER DENYING REQUEST FOR
                                )   RELEASE OF UNCLAIMED FUNDS
                                )   (28 U.S.C. Section 2042,
    Debtor (s)                 )   Bankruptcy Rule 9013,
                                )   Bankruptcy Local Rule 3011-1)

On December 29, 2009, Charles S. Dannelly II filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

_____    6.   The name on the corporate seal does not match the name listed on the claim.

_____    7.   An original power of attorney was not submitted.

_____    8.   The Proof of Service has not been completed.

__X__    9.   The Proof of Service is incomplete. The following is missing:

The motion does not list the United States Attorney, United States Trustee & the Debtor as having been noticed.

_____    10.  There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____    11.  There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____    12.  The documents supporting the claim have not been certified.

_____    13.  Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____    14.  Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____    15.  Fund locator submitting this claim has failed to register with this court.

__X__    16.  No proof of identification provided (driver's license/passport).

_____    17.  Other:

_[signature]_____    _1/6/10_____

Hon Robert Kwan
United States Bankruptcy Judge          Date
JUST - REV