

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re ) Bk. No. SA00-12295RK
    DFJ Italia, Ltd. )
)
) ORDER DENYING REQUEST FOR
) RELEASE OF UNCLAIMED FUNDS
) (28 U.S.C. Section 2042,
Debtor (s) ) Bankruptcy Rule 9013,
) Bankruptcy Local Rule 3011-1)

On January 11, 2010, Craig Jackson c/o Dilks & Knopik, LLC filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

    1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

    2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

    3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

    4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____  5.  The corporate seal is not stamped on the motion &/or power of attorney.

_____  6.  The name on the corporate seal does not match the name listed on the claim.

_____  7.  An original power of attorney was not submitted.

_____  8.  The Proof of Service has not been completed.

_____  9.  The Proof of Service is incomplete. The following is missing:

_____  10. There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed.

_____  11. There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor.

_____  12. The documents supporting the claim have not been certified.

_____  13. Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case.

_____  14. Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee.

_____  15. Fund locator submitting this claim has failed to register with this court.

__X__  16. No proof of identification provided (driver's license/passport).

_____  17. Other:

_____    1/20/10
Hon. Robert Kwan
United States Bankruptcy Judge    Date
JUST - REV