**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED JAN 20 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

ENTERED JAN 22 2010 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

In re )  Bk. No. SA00-12295RK
   DFJ Italia, Ltd )
                             )
                             )  ORDER DENYING REQUEST FOR
                             )  RELEASE OF UNCLAIMED FUNDS
                             )  (28 U.S.C. Section 2042,
   Debtor (s) )  Bankruptcy Rule 9013,
                             )  Bankruptcy Local Rule 3011-1)

On January 11, 2010, Brian Stracke c/o Dilks & Knopik, LLC filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

|      |     |                                                                                  |
|------|-----|----------------------------------------------------------------------------------|
| ____ | 5.  | The corporate seal is not stamped on the motion &/or power of attorney.          |
| ____ | 6.  | The name on the corporate seal does not match the name listed on the claim.      |
| ____ | 7.  | An original power of attorney was not submitted.                                 |
| X    | 8.  | The Proof of Service has not been completed. (NOT SIGNED)                        |
| ____ | 9.  | The Proof of Service is incomplete. The following is missing:                    |
| ____ | 10. | There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed. |
| ____ | 11. | There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor. |
| ____ | 12. | The documents supporting the claim have not been certified.                      |
| ____ | 13. | Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case. |
| X    | 14. | Page 4 of the motion, Signature of Attorney-in-Fact is not signed & Notarized.   |
| ____ | 15. | Fund locator submitting this claim has failed to register with this court.       |
| ____ | 16. | No proof of identification provided (driver's license/passport).                 |
| ____ | 17. | Other:                                                                           |

_____    1/20/10
Hon. Robert Kwan
United States Bankruptcy Judge                    Date
JUST - REV