ORIGINAL 

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| | FILED  JAN 22 2010  CLERK U.S. BANKRUPTCY COURT  CENTRAL DISTRICT OF CALIFORNIA  BY _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**  **CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: DFJ Italia, LTD. | CASE NUMBER 8:00-bk-12295-RK |
| | HEARING DATE:  TIME:  |
| Debtor. | PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 6,882.20 which is the sum of all monies deposited with the court on the following date(s) December 2, 2009 on behalf of the creditor Jesse Bagley on claim number(s) 79

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*    **F 3011-1**

| In re DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Jesse Bagley
   294 Carefree Lane
   Costa Mesa, CA 92627

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   I believe the payment was sent to my old business address 20371 Irvine Ave. #170, Santa Ana Heights, CA 92707. My company moved from that location three years ago to a new location at 17800 Mitchell North, Irvine, CA 92614

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*   F 3011-1

| In re DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

Creditor _//////_

(Corporate Seal

if applicable)

Jesse Bagley
Type or Print Creditor's Name

294 Carefree Lane
Creditor's Address

Costa Mesa, CA
92627

STATE OF CALIFORNIA, COUNTY OF  ORANGE

On 16 DEC 2009 _____ before me, personally appeared *(insert name and title of the signer)*

JESSE BAGLEY

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

RICHARD G. REID
COMM. #1630698
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Dec 17, 2009

(SEAL)

_Notary Public_   16 DEC 09

My commission expires on  17 DEC 2009

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 3011-1

| Motion for Order Releasing Unclaimed Funds - *Page 4* | F 3011-1 |
|---|---|
| In re DFJ Italia, LTD. | CHAPTER 7 |
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

| Motion for Order Releasing Unclaimed Funds - *Page 5* | | F 3011-1 |
|---|---|---|
| In re  DFJ Italia, LTD. | CHAPTER 7 | |
| | Debtor. | CASE NUMBER 8:00-bk-12295-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 1/20/10 ,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

US Bankruptcy Court
255 E. Temple St.
Los Angeles, Ca 90012

US Attorney
411 West 4th Street, Suite 8000
Santa Ana, Ca 92701

US Trustee Office
411 West 4th Street, Suite 9041  Santa Ana, Ca 92701

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

| The Law Offices of Thomas H. Casey, inc, | Jeffrey Golden |
|---|---|
| 22342 Avenida Empresa, Suite 260 | 650 Town Center Drive, suite 950 |
| Rancho Santa Margarita, Ca 92688 | Costa Mesa, Ca 92626 |

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

| DFJ Italia Limmited | |
|---|---|
| 18881 Von Karman Ave, Suite 220 | |
| Irvine, Ca 92612 | |

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

| | |
|---|---|
| | |
| | |

1·20·10
Date

Signature

JESSE BAGLEY
Type or Print Name

---

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

| Motion for Order Releasing Unclaimed Funds - *Page 5* | | **F 3011-1** |
|---|---|---|
| In re DFJ Italia, LTD. | CHAPTER 7 | |
| | Debtor. | CASE NUMBER 8:00-bk-12295-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

_____    _____
_____    _____
_____    _____

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

_____    _____
_____    _____
_____    _____

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

_____    _____
_____    _____
_____    _____

12/16/09                        [signature]
Date                            Signature
                                Jesse Bagley
                                Type or Print Name

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**



```
Jesse Bagley
294 Carefree Lane
Costa Mesa, Ca 92627
Phone: 949-724-9444
Fax: 949-724-9449


United States Bankruptcy Court
Central District of California
```

| | |
|---|---|
| Jesse Bagley, | ) Case No.:SA00-1295RK |
| Plaintiff, | ) Motion for Reconsideration |
| vs. | ) |
| DFJ Italia, LTD | ) |
| Defendant | ) |

I would like to submit a motion for reconsideration on the following case No: SA00-1295RK against DFJ Italia. My motion for order to release unclaimed funds filed on 12/21/09 was denied on 1/6/10 due to proof of service being incomplete and no proof of identification. Attached is revised proof of service showing the locations of which I have send copies of this motion. I have also included a copy of my driver's license. I would like to ask the court for reconsideration on this motion and reimburse of my unclaimed funds. I have also attached a copy of the original motion for order release of unclaimed funds and a copy of the order denial letter.

Dated this 1/20/10

294 Carefree Lane
Costa Mesa, Ca 92627
Jesse Bagley

[Summary of pleading] - 1