| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Tom Stevens<br>1015 S. Taylor Ct.<br>Anaheim Hills, CA 92808<br>Tel: (714) 588-4554<br>Fax: (714) 281-0463 | FILED<br>JAN 25 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: DFJ Italia, LTD. | CASE NUMBER 8:00-bk-12295-RK |
| | HEARING DATE:<br>TIME:<br>PLACE: |
| Debtor. | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 4,415.20 _____ which is the sum of all monies deposited with the court on the following date(s) December 2, 2009 _____ on behalf of the creditor Tom Stevens _____ on claim number(s) 15 _____

2. Please check and complete the applicable subparagraph(s) below:

    ☒ a. I am the creditor named in paragraph 1.

    ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    ☐ c. I am the creditor and have appointed _____
    as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*  **F 3011-1**

| In re DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Tom Stevens

   1015 S. Taylor Ct.

   Anaheim Hills, CA 92808

   (714) 588-4554

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The original dividend check was issued to me and sent to my work address. I was one of the owners of Tri-State Restorations and therefore received mail there. That address is no longer active and it is presumed my change of address prevented delivery/receipt of the original check. Tri-State Restorations has since been sold and no longer exists. Please release the funds to Tom Stevens at the address above.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*    **F 3011-1**

| In re DFJ Italia, LTD. | | CHAPTER 7 |
|---|---|---|
| | Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_____
Signature of Creditor/Successor

Tom Stevens
_____
*Type or Print Creditor's/Successor's Name*

(Corporate Seal

if applicable)

1015 S.
_____
Creditor's/Successor's Address

Anaheim, CA 92808
_____

(714) 588-4554
_____

STATE OF CALIFORNIA, COUNTY OF Orange

On 1/22/10 _____ before me, personally appeared *(insert name and title of the signer)*

Tom Stevens

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____    Briana Perez
Notary Public

(SEAL)    My commission expires on 1-11-2013

Briana Perez
Commission # 1830417
Notary Public - California
Orange County
My Comm. Expires Jan 11, 2013

| Motion for Order Releasing Unclaimed Funds - *Page 4* | F 3011-1 |
|---|---|
| In re DFJ Italia, LTD.<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 8:00-bk-12295-RK |

_N/A_
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On 1/22/10 _____ before me, personally appeared *(insert name and title of the signer)*

Tom Stevens _____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

Motion for Order Releasing Unclaimed Funds - *Page 5*    **F 3011-1**

| In re  DFJ Italia, LTD. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

# PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 1/22/10 ,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney
312 North Spring Street
Los Angeles, CA 90012

United States Trustee's Office
211 North Figueroa, Suite 800
Los Angeles, CA 90012

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

| The Law Offices of Thomas H. Casey, Inc. | Thomas H. Casey |
|---|---|
| 22342 Avenida Empressa, #260 | 22342 Avenida Empressa, #260 |
| Rancho Santa Margarita, CA 92688-2141 | Rancho Santa Margarita, CA 92688-2141 |

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

DFJ Italia, LTP

18881 Von Karmen Ave., #220

Irvine, CA 92612

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

1/22/10
Date

Signature

Tom Stevens
*Type or Print Name*



Please send copy that this was filed & sent in. A prepaid envelope has been provided.

Thank you.



**Asbestos & Lead Removal
Demolition**

Lic #648687
WBE Certified

**Tom Stevens**
Vice President

Cel/Pager • 714-448-0080

ADDress NO   OLD → ~~1801 Via Burton~~
                   ~~Fullerton, CA 92831-5113~~
Longer good! →     ~~Ph. 714-780-0000 • Fax. 714-780-0290~~

NEW Work Address  1567 S. STATE College Blvd
                  Anaheim, CA 92806