# ORIGINAL



| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| | FILED<br>FEB - 8 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY          Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: DFJ Italia, LTD.

CASE NUMBER 8:00-bk-12295-RK

HEARING DATE:

TIME:

Debtor.  PLACE:

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,368.71 _____ which is the sum of all monies deposited with the court on the following date(s) December 2, 2009 on behalf of the creditor Candace Cheng
number(s) 195 _____ on claim

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

(Continued on next page)

|  | Motion for Order Releasing Unclaimed Funds - *Page 2* | F 3011-1 |
|---|---|---|
| In re DFJ Italia, LTD. | CHAPTER 7 | |
| Debtor. | CASE NUMBER 8:00-bk-12295-RK | |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

      TALSTRASSE 8, 8702 ZOLLIKON, SWITZERLAND
      +41 43 244 9933

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

| | |
|---|---|
| In re DFJ Italia, LTD. | Motion for Order Releasing Unclaimed Funds - *Page 3*    F 3011-1 |
| | CHAPTER 7 |
| | Debtor.    CASE NUMBER 8:00-bk-12295-RK |

_[signature]_
Signature of Creditor/Successor

(Corporate Seal

CANDACE CHENG
Type or Print Creditor's/Successor's Name

if applicable)

TALSTRASSE 8
Creditor's/Successor's Address

8702 ZOLLIKON

SWITZERLAND

~~STATE OF CALIFORNIA, COUNTY OF~~ _____

On _21 January 2010_ _____ before me, personally appeared *(insert name and title of the signer)*
_Candace Cheng_ _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_[signature]_
Notary Public

(SEAL)

My commission expires on _____

# Apostille

(Convention de la Haye du 5 octobre 1961)

1. Country: Swiss Confederation, Canton of Zug

   This public document

2. has been signed by          **Andrea Werder**

3. acting in the capacity of   **Notary public**

4. bears the stamp of          **Notary public**

   **of the canton of Zug**

   Certified

5. to 6300 Zug                 6. The **January 21, 2010**

7. by Chancery of State of the Canton of Zug

8. under Nr.                   **628 / 10**

9. Stamp



10. Signature

    Herbert Fischer

Motion for Order Releasing Unclaimed Funds - *Page 4*   **F 3011-1**

In re DFJ Italia, LTD.

CHAPTER 7

Debtor.   CASE NUMBER 8:00-bk-12295-RK

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

*Revised November 2008*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

| Motion for Order Releasing Unclaimed Funds - *Page 5* | **F 3011-1** |
|---|---|
| In re DFJ Italia, LTD. | CHAPTER 7 |
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

_____        _____
_____        _____
_____        _____

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

_____        _____
_____        _____
_____        _____

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

_____        _____
_____        _____
_____        _____

_____        _____
Date                                  *Signature*

                                      _____
                                      *Type or Print Name*