FEB 12 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk



FILED

FEB 11 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re                                    )    Bk. No. SA00-12295RK
    DFJ Italia, Ltd.                    )
                                         )
                                         )    ORDER DENYING REQUEST FOR
                                         )    RELEASE OF UNCLAIMED FUNDS
                                         )    (28 U.S.C. Section 2042,
    Debtor (s)                           )    Bankruptcy Rule 9013,
                                         )    Bankruptcy Local Rule 3011-1)

On February 8, 2010, Candace Cheng filed a request for release of unclaimed funds pursuant to

28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____    1.    A request for an order must be made by written motion according to

Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to

obtain the appropriate form.

_____    2.    Motion practice in the United States Bankruptcy Court for the Central

District of California is controlled by Local Bankruptcy Rule 3011-1 as

promulgated by the United States District Court for the Central District of

California. The request does not comply with either Bankruptcy Rule

9013 or Local Bankruptcy Rule 3011-1.

_____    3.    The name of the claimant listed on the trustee's report is not the same as

shown on the motion. No explanation of the difference is provided.

_____    4.    The address of the claimant listed on the trustee's report is not the same as

shown on the motion and the difference is not explained.

_____    5.    The corporate seal is not stamped on the motion &/or power of attorney.

_____ 6.    The name on the corporate seal does not match the name listed on the

claim.

_____ 7.    An original power of attorney was not submitted.

_____ 8.    The Proof of Service has not been completed.

X    9.    The Proof of Service is incomplete.  The following is missing:

The motion does not list the United States Attorney, United States Trustee,

the Trustee & the Debtor as having been noticed.

_____ 10.    There are insufficient supporting documents showing the claimant to be

the successor-in-interest to the funds claimed.

_____ 11.    There is no resolution with seal that verifies the person signing the motion

and/or power of attorney is authorized to sign on behalf of the creditor.

_____ 12.    The documents supporting the claim have not been certified.

_____ 13.    Financial Services is unable to locate a copy of the trustee's report which

accompanied the deposit of funds in this case.

_____ 14.    Financial Services has no record the funds being claimed were ever

received by the Clerk's Office from the trustee.

_____ 15.    Fund locator submitting this claim has failed to register with this court.

X    16.    No proof of identification provided (driver's license/passport).

_____ 17.    Other:

_____    FEB 1 1 2010

Hon. Robert Kwan
United States Bankruptcy Judge          Date
JUST - REV