ENTERED
MAY 21 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk



FILED
MAY 19 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Bk. No. SA00-12295RK |
| DFJ Italia, Ltd. | ) | |
| | ) | |
| | ) | ORDER DENYING REQUEST FOR |
| | ) | RELEASE OF UNCLAIMED FUNDS |
| | ) | (28 U.S.C. Section 2042, |
| Debtor (s) | ) | Bankruptcy Rule 9013, |
| | ) | Bankruptcy Local Rule 3011-1) |

On May 17, 2010, Donald R. Proctor filed a request for release of unclaimed funds pursuant to 28 U.S.C. Section 2042. The request is denied for the following reason (s):

_____ 1. A request for an order must be made by written motion according to Bankruptcy Rule 9013. Contact Financial Services at (213) 894-3836 to obtain the appropriate form.

_____ 2. Motion practice in the United States Bankruptcy Court for the Central District of California is controlled by Local Bankruptcy Rule 3011-1 as promulgated by the United States District Court for the Central District of California. The request does not comply with either Bankruptcy Rule 9013 or Local Bankruptcy Rule 3011-1.

_____ 3. The name of the claimant listed on the trustee's report is not the same as shown on the motion. No explanation of the difference is provided.

_____ 4. The address of the claimant listed on the trustee's report is not the same as shown on the motion and the difference is not explained.

_____ 5. The corporate seal is not stamped on the motion &/or power of attorney.

| | 6. | The name on the corporate seal does not match the name listed on the claim. |
|---|---|---|
| \_\_\_\_ | 7. | An original power of attorney was not submitted. |
| \_\_\_\_ | 8. | The Proof of Service has not been completed. |
| \_\_\_\_ | 9. | The Proof of Service is incomplete. The following is missing: |
| \_\_\_\_ | 10. | There are insufficient supporting documents showing the claimant to be the successor-in-interest to the funds claimed. |
| \_\_\_\_ | 11. | There is no resolution with seal that verifies the person signing the motion and/or power of attorney is authorized to sign on behalf of the creditor. |
| \_\_\_\_ | 12. | The documents supporting the claim have not been certified. |
| \_\_\_\_ | 13. | Financial Services is unable to locate a copy of the trustee's report which accompanied the deposit of funds in this case. |
| \_\_\_\_ | 14. | Financial Services has no record the funds being claimed were ever received by the Clerk's Office from the trustee. |
| \_\_\_\_ | 15. | Fund locator submitting this claim has failed to register with this court. |
| X | 16. | No proof of identification provided (driver's license/passport). |
| \_\_\_\_ | 17. | Other: |

_[signature]_                                                           5/19/10

Hon. Robert Kwan
United States Bankruptcy Judge                                          Date
JUST - REV