ORIGINAL

**Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number**

Candice Lin
7700 Irvine Center Drive, Suite 870
Irvine, CA 92618
Ph. (949) 861-3560

**FOR COURT USE ONLY**

FILED
JUN 28 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: DFJ Italia, LTD

CASE NUMBER 8:00-bk-12295-RK

HEARING DATE:
TIME:
PLACE:

Debtor.

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 2,207.60 which is the sum of all monies deposited with the court on the following date(s) 12/2/2009 12:00 AM on claim on behalf of the creditor Candice Lin number(s) 132

2. Please check and complete the applicable subparagraph(s) below:

   ☒ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____. The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

Revised November 2008   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3011-1

Motion for Order Releasing Unclaimed Funds - *Page 2*    F 3011-1

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Candice Lin

   7700 Irvine Center Drive, Suite 870

   Irvine, CA 92618

   949-861-3560

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The original disbursement check was sent to the creditor, Candice Lin, at 22501 Birchcrest, Mission Viejo, CA 92692. That address is no longer used by Candice Lin. The creditors change in mailing address prevented delivery of the original disbursement check.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*

**F 3011-1**

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_____
Signature of Creditor/Successor

(Corporate Seal

Candice Lin
_____
*Type or Print Creditor's/Successor's Name*

if applicable)

7700 Irvine Center Drive, Suite 870
_____
Creditor's/Successor's Address

Irvine, CA 92618
_____

949-861-3560
_____

STATE OF CALIFORNIA, COUNTY OF __Los Angeles__

On __June 17, 2010__ before me, personally appeared *(insert name and title of the signer)*
__CANDICE LIN   CREDITOR__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
Notary Public

(SEAL)

My commission expires on __June 20, 2010__

F 3011-1

Revised November 2008   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Motion for Order Releasing Unclaimed Funds - *Page 4*

**F 3011-1**

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
*Notary Public*

(SEAL)    My commission expires on _____

Presented by:

_____

_____

_____

**F 3011-1**

Revised November 2008    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3011-1

Motion for Order Releasing Unclaimed Funds - *Page 5*

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 6/23/10, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

U.S. Attorney, Central District of California, 312 North Spring Street, Los Angeles, CA 90012

U.S. Trustee, Central District of California, 725 S. Figueroa, 26th Floor, Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Thomas Casey
22342 Avenida Empressa, Suite 260
Rancho Santa Margarita, CA 92688

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

DFJ Italia, LTD
18881 Von Karman Ave., #220
Irvine, CA 92612

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Date

Signature

Candice Lin
Type or Print Name

F 3011-1

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED

PASSPORT / PASSEPORT / PASAPORTE
UNITED STATES OF AMERICA
Type / Type / Tipo   Code / Code / Código   Passport No. / No du Passeport / No de Pasaporte
P                    USA                    038075912
Surname / Nom / Apellidos
LIN
Given names / Prénoms / Nombres
CANDICE HENG ANN
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
25 Oct 1983
Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
F                   ILLINOIS, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición   Authority / Autorité / Autoridad
10 Apr 2002                                                 Los Angeles
Date of expiration / Date d'expiration / Fecha de caducidad   Passport Agency
09 Apr 2012
Amendments / Modifications / Enmiendas
See Page 24

P<USALIN<<CANDICE<HENG<ANN<<<<<<<<<<<<<<<<<<<
0380759121USA8310257F1204090<<<<<<<<<<<<<<06