| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Andrew Lin<br>7700 Irvine Center Drive, Suite 870<br>Irvine, CA 92618<br>Ph. (949) 861-3560 | **FILED**<br>**JUN 2 8 2010**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DFJ Italia, LTD | CASE NUMBER 8:00-bk-12295-RK |
|---|---|
| | HEARING DATE: |
| | TIME: |
| Debtor. | PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1.  I request an order releasing the total amount of $ 4,878.80 _____ which is the sum of all monies deposited with the court on the following date(s) 12/2/2009 12:00 AM _____ on behalf of the creditor Andrew Lin _____ on claim number(s) 131 and 133 _____

2.  Please check and complete the applicable subparagraph(s) below:

    ☒ a.  I am the creditor named in paragraph 1.

    ☐ b.  I am an employee of the creditor named in paragraph 1 and my title is _____. The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    ☐ c.  I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

    _____

    _____

    _____

    _____

*(Continued on next page)*

*Revised November 2008*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 2*                    **F 3011-1**

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

3.  Please complete each of the following subparagraphs:

   a.  The following is the creditor's address and phone number:

   Andrew Lin

   7700 Irvine Center Drive, Suite 870

   Irvine, CA 92618

   949-861-3560

   b.  A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The original disbursement check was sent to the creditor, Andrew Lin, at 22501 Birchcrest, Mission Viejo, CA 92692. That

   address is no longer used by Andrew Lin. The creditors change in mailing address prevented delivery of the original

   disbursement check.

4.  I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*                    **F 3011-1**

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_Signature of Creditor/Successor_

(Corporate Seal

Andrew Lin
_Type or Print Creditor's/Successor's Name_

if applicable)

7700 Irvine Center Drive, Suite 870
Creditor's/Successor's Address

Irvine, CA 92618

949-861-3560

STATE OF CALIFORNIA, COUNTY OF ___Los Angeles___

On ___June 17, 2010___ before me, personally appeared *(insert name and title of the signer)*

___ANDREW LIN, CREDITOR___

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Notary Public_

(SEAL)

My commission expires on ___June 26, 2010___

Motion for Order Releasing Unclaimed Funds - *Page 4*                    **F 3011-1**

| In re DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____


STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.  WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

| Motion for Order Releasing Unclaimed Funds - *Page 5* | **F 3011-1** |
|---|---|

| In re  DFJ Italia, LTD | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 8:00-bk-12295-RK |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __6/23/10__ ,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

U.S. Attorney, Central District of California, 312 North Spring Street, Los Angeles, CA 90012

U.S. Trustee, Central District of California, 725 S. Figueroa, 26th Floor, Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Thomas Casey

22342 Avenida Empressa, Suite 260

Rancho Santa Margarita, CA 92688

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

DFJ Italia, LTD

18881 Von Karman Ave., #220

Irvine, CA 92612

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

_____   _____

_____   _____

_____   _____

Date _____

Signature _____

Andrew Lin

*Type or Print Name*

*Revised November 2008*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 3011-1**

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'État des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos a
quien se le expide este pasaporte sin demora ni dificultades y, en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT
PASSEPORT
PASAPORTE

P                                              711191676

LIN

ANDREW HENG KUANG

UNITED STATES OF AMERICA

31 OCT 1980

M            ILLINOIS, U.S.A.

08 JUN 2007                              United States

07 JUN 2017                              Department of State

SEE PAGE 24

P<USALIN<<ANDREW<HENG<KUANG<<<<<<<<<<<<<<<<<
7111916767USA8010317M1706077<<<<<<<<<<<<<<02