ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Allen & Josephine Lin<br>7700 Irvine Center Drive, Suite 870<br>Irvine, CA 92618<br>Ph. (949) 861-3560 | FILED<br>JUN 28 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: DFJ Italia, LTD | CASE NUMBER 8:00-bk-12295-RK |
| Debtor. | HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 2,207.60 _____ which is the sum of all monies deposited with the court on the following date(s) 12/2/2009 12:00 AM _____
on behalf of the creditor Allen & Josephine Lin _____ on claim number(s) 134 _____

2. Please check and complete the applicable subparagraph(s) below:

    ☒ a.  I am the creditor named in paragraph 1.

    ☐ b.  I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    ☐ c.  I am the creditor and have appointed _____
    as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

Revised November 2008    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1